```
 1              THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                     NORTHERN DIVISION

 3    SHAWN MACKEY                              PLAINTIFF

 4    VERSUS                  NO. 3:23-CV-233-DPJ-ASH

 5    JOHN PIGOTT, ET AL.                      DEFENDANTS

 6
      ****************************************************
 7

 8
                      DEPOSITION OF KELL SMITH
 9

10
      ****************************************************
11

12                    APPEARANCES NOTED HEREIN

13

14                    DATE: MARCH 14, 2025
         PLACE: MISSISSIPPI ATTORNEY GENERAL'S OFFICE
15                550 HIGH STREET, SUITE 1100
                      JACKSON, MISSISSIPPI
16                    TIME: 9:00 A.M.

17

18

19

20

21    REPORTED BY:  AMANDA MAGEE WOOTTON, CSR, RPR
                    CSR #1238
22    _____

23                      AW Reporting
                    amanda@awreporting.net
24                  338 Indian Gate Circle
                 Ridgeland, Mississippi 39157
25                     601.573.0961
```

**EXHIBIT 3**

```
 1        A    I would say probably a year or two.  Given
 2   my background in public policy and interest in public
 3   policy, the agency did not have someone that oversaw
 4   legislative efforts at the board.  And so I approached
 5   Dr. Clark at some point about, in addition to handling
 6   communication responsibilities, also handling
 7   legislative responsibilities as well, and he agreed to
 8   that.
 9             And at some point my title changed to
10   director of communications and legislative services.
11        Q    You say at some point.  Was it within the
12   one or two years that you told me that you worked as
13   the communications specialist?
14        A    I would think so, yes, ma'am.
15        Q    So after one or two years of working as the
16   communication specialist, you became a director?
17        A    Of communications and legislative services.
18        Q    When did you become the interim executive
19   director of the MCCB?
20        A    In July of 2021.
21        Q    And what was your starting salary?
22        A    As interim executive director it was
23   $210,000.
24        Q    What is your current salary?
25        A    $180,000.
```

1    Q    Okay.

2    A    And then I did not put the -- I guess the
3 program specialist for communications position from
4 May of '08 to whenever that was.

5    Q    And that's communication specialist for who?

6    A    The community college board.

7    Q    Now, on this application, there is a --
8 you're swearing -- do you see your signature on
9 page 211 --

10    A    I do.

11    Q    -- the last page? And above that you swore
12 that you had not made a misstatement or omission of
13 fact?

14    A    Yes.

15    Q    Okay. You said that -- of course, it says
16 that if you did make a misstatement or omission of
17 fact on this application it could result in your
18 dismissal.

19    A    Yes.

20    Q    Okay. And when you look at employer two,
21 you stated that you started on May 1st of 2008. And
22 that was the start date. And the end date was
23 July 16th of 2021. And you listed your title as the
24 director of communications and legislative services.
25    And that is not correct, is it?

Case 3:23-cv-00233-DPJ-ASH   Document 189-3   Filed 04/14/25   Page 4 of 7

21

```
 1        A    No.  Because I served as a program
 2   specialist for the time period beginning May 1st,
 3   2008.
 4        Q    Until when?
 5        A    I would have to go back and look.
 6        Q    Did you go back and look when you were
 7   completing this application?
 8        A    I did not.
 9        Q    Okay.  And you understood when you completed
10   this application that you were to provide accurate and
11   correct information?
12        A    Yes.
13        Q    In fact, you did not become a director until
14   2011, correct?
15             MS. DOWDLE:  Object to the form of the
16   question.
17             You can answer.
18        A    I assume so.  I don't know.  I don't have it
19   in front of me.
20   MS. ROSS: (Continuing.)
21        Q    So you would have to have it in front of you
22   to know?
23        A    When I became a director -- when I became
24   the director, yes.  I don't know off the top of my
25   head.
```

AW Reporting
601-573-0961

1    A    At the community college board in July of
2    2021 when I was named interim executive director.
3    Q    The position for executive director had
4    opened before Andrea Mayfield left, right?
5    A    Yes.
6    Q    And why didn't you apply?
7    A    I did not meet the qualifications at the
8    time.
9    Q    Were you interested in serving as the
10   executive director when Andrea Mayfield was selected?
11   A    Not when she was selected, not in 2015.
12   Q    And when did you become interested in the
13   position?
14   A    Whenever I felt like I could make a
15   difference with how the agency was operating.  When
16   Dr. Mayfield left, our agency was not in a good
17   position with the community colleges and with external
18   partners from a relationship standpoint.  And I felt
19   like I could build -- rebuild those bridges that had
20   been damaged towards the end of Dr. Mayfield's tenure.
21   I felt like I could help lead the agency back to a
22   better place.
23   Q    And did you share those sentiments with
24   anyone?
25   A    I did not.

| | | |
|---|---|---|
| 1 | Q | Did you write the new job description? |
| 2 | A | I did not. |
| 3 | Q | Who wrote it? |
| 4 | A | I do not know. |
| 5 | Q | When did you learn that Shawn Mackey was |
| 6 | | interested in the position? |
| 7 | A | I know that he applied the first -- when |
| 8 | | Dr. Eric Clark retired. And when we talked, I believe |
| 9 | | the Saturday after, in July of '21, he had mentioned |
| 10 | | his interest in the job. |
| 11 | Q | Was he qualified? |
| 12 | A | He met the qualifications. |
| 13 | Q | In fact, he met the qualifications when he |
| 14 | | applied when Dr. Clark left the position? |
| 15 | | MS. DOWDLE: Object to the form. |
| 16 | A | That's correct. |
| 17 | MS. ROSS: (Continuing.) | |
| 18 | Q | And at that time, that's when they were |
| 19 | | requiring the Ph.D? |
| 20 | A | That's correct. |
| 21 | Q | And you didn't meet those qualifications? |
| 22 | A | That's correct. |
| 23 | Q | Would you agree with me that Shawn Mackey is |
| 24 | | clearly better qualified than you for the position of |
| 25 | | executive director? |

```
 1   answered.
 2   MS. ROSS: (Continuing.)
 3        Q    Sir, can you tell us all areas that you left
 4   blank?
 5             MS. DOWDLE:  The document speaks for
 6   itself.
 7             MS. ROSS:  This is my deposition, sir.
 8   She cannot ask questions.  These are my questions.
 9   You need to answer them.
10   MS. ROSS: (Continuing.)
11        Q    Can you tell us all pages that you left
12   blank in the evaluation?
13             MS. DOWDLE:  Objection.
14             THE WITNESS:  Do you want me to
15   continue?
16             MS. DOWDLE:  Yes.
17        A    Page 3, page 4, page 5, part of page 7.  And
18   then I did put the comment "As interim executive
19   director, I rely on Dr. Mackey's expertise.  He is
20   well versed in his role as deputy executive director
21   for accountability.  I appreciate the help and counsel
22   he's provided me the past 14 months.  He's a valuable
23   member of the MCCB team."
24             And I stand by those comments today.
25   MS. ROSS: (Continuing.)
```