```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       NORTHERN DIVISION

SHAWN MACKEY                                        PLAINTIFF

VERSUS                          NO. 3:23-CV-233-DPJ-ASH

JOHN PIGOTT, ET AL.                                DEFENDANTS


*****************************************************


                  DEPOSITION OF CYNTHIA JILES


*****************************************************


                   APPEARANCES NOTED HEREIN

                   DATE: OCTOBER 21, 2024
         PLACE: MISSISSIPPI ATTORNEY GENERAL'S OFFICE
                       550 HIGH STREET
                     JACKSON, MISSISSIPPI
                      TIME: 9:30  a.m.




REPORTED BY:  AMANDA MAGEE WOOTTON, CSR, RPR
              CSR #1238

                        AW Reporting
                   amanda@awreporting.net
                   338 Indian Gate Circle
                Ridgeland, Mississippi 39157
                       601.573.0961
```

EXHIBIT 4

1  assistant?
2       A    Eric Clark.
3       Q    Did you have any other positions other than
4  executive assistant while Eric Clark was the
5  secretary -- well, was the executive director of MCCB?
6       A    Yes.
7       Q    What other titles?
8       A    Transitioned into human resources, and the
9  title was human resources, purchasing, and archives
10 and history, archives scheduling coordinator.
11      Q    So what did that consist of, the archives
12 scheduling coordinator?
13      A    To keep up with the state mandated archives
14 schedule for records retention.
15      Q    And were you keeping up with the records for
16 retention for the MCCB?
17      A    For the different -- I didn't keep up with
18 those.  I would send them out to the different
19 divisions to make sure that they were keeping track.
20 And I would submit those to Archives and History
21 according to the schedule.
22      Q    And do you still do that today?
23      A    No.
24      Q    And when did you stop acting as the
25 coordinator for -- for archives -- well, the archives

```
 1       Q    Racial discrimination?
 2       A    No.
 3       Q    Sex discrimination?
 4       A    No.
 5       Q    Were you involved in the process to replace
 6  Eric Clark as the executive director?
 7            MS. JOHNSON:  Object to the form.
 8       A    Involved?
 9  MS. ROSS: (Continuing.)
10       Q    Through human resources.
11       A    I was still in transition role as the
12  executive assistant, and I received applications.
13       Q    And when you say you received them,
14  applications were directed -- or applicants were
15  directed to send their applications directly to you?
16       A    To the office.
17       Q    Okay.  And then what would your job be when
18  those applications came in?
19       A    To compile those records, assist Deborah
20  Gilbert in creating the list of applicants and
21  maintain those files.
22       Q    And at that time, what role was Deborah
23  Gilbert playing?
24       A    Interim executive director.
25       Q    Did you have any role other than compiling
```

1  the records?
2     A    Scheduling the candidates.
3     Q    Was there a search company that was used?
4     A    Search company?
5     Q    Yes.  Or individuals who were employed by
6  the board to conduct a search for Mr. Clark's
7  replacement.
8     A    At some point a gentleman from Alabama was
9  used as a consultant.
10    Q    Were applicants directed to send their
11 applications to that gentleman?
12    A    Not that I'm aware of.
13    Q    So you would receive the applications.
14         Did you tell me that you developed a list?
15    A    I assisted Deborah Gilbert in maintaining
16 the list.
17    Q    And after the list was developed, you
18 scheduled the candidates for interviews?
19    A    Yes.
20    Q    And how were the candidates chosen for
21 interviews?
22    A    I don't know.
23    Q    So at this point you are not the assistant
24 executive director of human resources?
25    A    No.

```
 1        Q    So how would you know which candidate had
 2   been selected so you could notify them of an
 3   interview?
 4        A    I was provided a list.
 5        Q    Who gave you the list?
 6        A    Recollection, Deborah Gilbert.
 7        Q    How many sets of interviews?
 8             MS. JOHNSON:  Object to the form.
 9        A    Sets or candidates?
10   MS. ROSS: (Continuing.)
11        Q    Well, sets.  Or was there more than one set
12   of interviews?
13        A    I believe so.  I'm actually not certain.  I
14   can't say for certain on that.
15        Q    Okay.  How many people interviewed?
16        A    I believe three.
17        Q    And who were they?
18        A    Shawn Mackey, Andrea Mayfield.  I can't
19   think of his first name, the president of Itawamba,
20   Allen.  Jay Allen.
21        Q    Besides developing the list and scheduling
22   the interviews, did you play any other role?
23        A    I was present to greet the candidates for
24   interview and ushered them into the room for
25   interview.
```

```
 1    MS. ROSS: (Continuing.)
 2         Q    Had Kell ever supervised any employees
 3    before he was named interim executive director?
 4         A    During the course of his employment with us?
 5         Q    With anybody, that you know of.
 6         A    Oh, I can't speak to that because I don't
 7    know.
 8         Q    Well, speak on what you know about, then,
 9    MCCB.
10         A    He hasn't at MCCB.
11         Q    Okay.  Thank you.
12              What position did Kell hold before becoming
13    interim executive director?
14         A    Director of communications and legislative
15    services.
16         Q    What were his job duties as the executive --
17    as the director of communications and legislative
18    services?
19         A    He handled press releases as communications,
20    addressed the press.  And with the legislature he
21    would go in every session to help draft and build
22    those relationships with the legislators.
23         Q    You said he helped to draft what?
24         A    Legislation.
25         Q    Have you ever seen any legislation Kell has
```

```
 1    leave -- or make it appear as though McRight was not a
 2    member of the board when Mayfield was selected?
 3              MS. JOHNSON:  Object to the form.
 4         A    No.
 5    MS. ROSS: (Continuing.)
 6         Q    What is this, ma'am?
 7         A    This is a list of those who served in
 8    executive director position until 1986 until present.
 9         Q    Did you compile that information?
10         A    I did.
11         Q    Okay.  How many of them had Ph.D.s?
12         A    I didn't look for that.
13         Q    Well, before -- were you aware that before
14    the job description was changed for a Master's degree,
15    you had to have a Ph.D.?
16         A    I was aware.
17         Q    Okay.  Were you aware of anyone who was ever
18    selected who did not have a Ph.D. as required by the
19    board's job description?
20         A    Deborah Gilbert did not have a Ph.D.
21         Q    She was never the executive director, was
22    she?
23         A    You asked me from this list.  She served as
24    interim.
25         Q    Okay.  And you -- and she did not go on from
```

1   interim to become the executive director, correct?
2   A    Correct.
3   Q    Okay. But Kell did? He's the only one on
4   that list who was the interim who went on to become
5   the executive director?
6   A    Correct.
7   Q    Okay. And that was only after the job
8   description was changed, correct?
9            MS. JOHNSON: Object to the form.
10  A    Timeline, correct.
11  MS. ROSS: (Continuing.)
12  Q    Okay. Was Kell involved in the conversation
13  concerning the changing of the job description?
14  A    I don't know.
15  Q    Do the minutes show that he was in the
16  executive session when the job description was being
17  discussed?
18  A    The executive session says that Kell Smith
19  was in the board room.
20  Q    Okay. Well, not just in the board room,
21  because it says -- those minutes reflect that he was
22  in executive session, correct?
23  A    Correct.
24  Q    Okay. And where the job description was
25  discussed?