```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                       NORTHERN DIVISION

 3    SHAWN MACKEY                                PLAINTIFF

 4    VERSUS                       NO. 3:23-CV-233-DPJ-ASH

 5    JOHN PIGOTT, ET AL.                        DEFENDANTS

 6

      ****************************************************
 7

 8
                       DEPOSITION OF JOHN PIGOTT
 9

10
      ****************************************************
11

12                    APPEARANCES NOTED HEREIN

13                  DATE: SEPTEMBER 26, 2024
         PLACE: MISSISSIPPI ATTORNEY GENERAL'S OFFICE
14                550 HIGH STREET, SUITE 1100
                    JACKSON, MISSISSIPPI
15                     TIME: 9:30  a.m.

16

17

18

19

20    REPORTED BY:  AMANDA MAGEE WOOTTON, CSR, RPR
                    CSR #1238
21    _____

22                       AW Reporting
                    amanda@awreporting.net
23                  338 Indian Gate Circle
                 Ridgeland, Mississippi 39157
24                      601.573.0961

25
```

EXHIBIT 5

```
 1         Q    Explain, please.
 2         A    As chairman of the board, someone had to
 3    tell her that -- tell her that, and it was my job.
 4         Q    Okay.  How did y'all get to that point?  How
 5    did the board get to the point of demanding her
 6    resignation?
 7         A    Andrea Mayfield did an excellent job for
 8    the -- as director -- executive director of the
 9    Mississippi Community College Board for a number of
10    years.
11              During COVID, with the building shut down,
12    we did some teleconferences, a couple of Zoom
13    meetings.  And, apparently, things began to go, I
14    would say, sour.  Relations with the presidents and,
15    from what Mr. McRight said, with Accelerate, the
16    relationships she had was not going well.  She had
17    done some things that were upsetting them.
18              I actually met with two of the presidents on
19    the campus at Forrest County, Pearl River Community
20    College's campus, in a meeting room with Dr. Graham
21    and I believe Dr. Bishop.
22              Scott Alsobrooks, who was vice president at
23    that time of Pearl River Community College,
24    facilitated the location.  It was on my way to Jackson
25    for our Friday meeting.  I told her in advance that
```

```
 1    two of the presidents had requested a meeting with me
 2    to let her know I was meeting with them.
 3            We met.  That afternoon, if I remember the
 4    hotel, she was there.  We chatted some briefly.  I
 5    told her some of the items they were not happy with.
 6    And it was mostly -- I really -- I wish I had notes
 7    from it.  But it was personalities, some other issues
 8    that they were not happy with.
 9            They were beginning to have some adversarial
10    feelings from her that we weren't on the same team
11    going in the same direction.
12            I took their comments under advisement,
13    discussed it with a couple of board members.  And I
14    don't know when that meeting was exactly.  It was
15    before the trustees meeting.
16            The Board of Trustees from all of the
17    community colleges come to the Gulf Coast.  I think
18    that year we met at the Gulf Coast Community College,
19    one of their big buildings down there.  And I think
20    some of the presidents also approached Mr. McRight to
21    let him know of their displeasure.
22            And things just did not work as smoothly as
23    they did the first few years.  I think it was evident
24    to the board that it was time to make a change.  I
25    think there were changes being made in the
```

```
 1   organizational chart, which she did not have to have
 2   approval on.  She would tell us.  I think she began
 3   moving people around.
 4           And I don't know all of the interoffice
 5   happenings.  Some people were being -- anecdotal
 6   information -- left out of particular e-mails.  Staff
 7   members were beginning, I think, to get a little on
 8   edge also.
 9           So -- and I can't give you names and places,
10   just information that we were beginning to gather.  So
11   the board went into executive session, discussed these
12   things, and decided that it was time to go a different
13   direction.
14                MS. JOHNSON:  Lisa, when you get to a
15   stopping point, can we take a break?
16                MS. ROSS:  Yes.  We can right now.
17                    (Off the record.)
18   MS. ROSS: (Continuing.)
19      Q   So it started -- I want to make sure that I
20   appreciate what you told me.
21           But the dethroning of Mayfield started with
22   complaints from two college presidents?
23                MS. JOHNSON:  Object to the form.
24      A   There were two presidents that voiced the, I
25   think, opinion of others also.  Which others, I don't
```

1  that morning meeting. I don't think we ever left
2  executive session.
3      Dr. Mayfield left the room to go tender her
4  letter of resignation, to go write it. And I think it
5  was in her absence that Kell Smith was appointed
6  interim director. I don't know who made the motion or
7  who seconded it.
8      Q  At that time you were aware that Kell Smith
9  had never sought to be the executive director of the
10 Mississippi Community College Board, correct?
11     A  That is correct. That was one of the main
12 reasons that he was selected as someone that probably
13 would not -- at that point in time would not have an
14 interest in becoming the executive director.
15     And we needed someone to smooth the waters,
16 if you will, with the presidents, probably with some
17 of the staff. They had a working relationship that
18 has become evident now with Accelerate, which was
19 still in its formative years. It's grown to a large
20 organization now.
21     And I think the general thought of the
22 board -- and, again, I'm trying to think of things
23 that were said -- was to put Kell in for probably at
24 least four to six months just to get the water smooth,
25 get relationships smoothed out, bridges rebuilt, if

1   you will, and then pursue searching for another
2   director.
3           I don't know when the committee was formed
4   to do a search.  It might have been the next month --
5   I'd have to go back and look at the minutes -- or the
6   month after.  It was not a big rush, but I actually
7   asked different members to form -- to sit on the
8   committee.
9       Q   Who did you ask to sit on the committee?
10      A   Vice chairman, Cheryl Thurman.  I asked
11  Johnny McRight to chair the committee.  Luke
12  Montgomery, Henry -- Bubba Hudspeth.
13          And I really preferred not to be on the
14  committee.  But they said because I was chairman I
15  should be on the committee.  So that was five of us.
16          Later Cheryl had to drop off because her
17  mother was ill.  And so Dianne Watson stepped in and
18  took her place.
19      Q   At the time that Kell was selected to be the
20  interim executive director, he had no supervisory or
21  leadership experience, did he?
22      A   I'm not sure that was a consideration.  But,
23  to the best of my knowledge, I really don't know.  I
24  don't think that was even considered.  We were looking
25  for, again, a good spokesman.

```
 1        Q    Okay.  So then who was -- who was really
 2   running the Mississippi Community College Board when
 3   Mayfield was removed, kell Smith, you, and Johnny
 4   McRight?
 5             MS. JOHNSON:  Object to the form.
 6   MS. ROSS: (Continuing.)
 7        Q    Was Kell Smith just a figurehead?
 8        A    Absolutely not.
 9        Q    So you mean to tell me that on behalf of the
10   community college board you did not look to determine
11   if this man had any leadership experience before you
12   made him the head of the agency?
13             MS. JOHNSON:  Object to the form.
14        A    Kell Smith was appointed as an interim
15   director based on his communicable -- his good
16   communication skills, the fact that he had a good
17   relation with presidents and with the legislators,
18   which is a very important part of the constituency
19   that we serve, and was not considered to be a
20   candidate for the full time executive director job
21   when the permanent decision was made.
22   MS. ROSS: (Continuing.)
23        Q    And almost immediately you joined in with
24   others on the board to set in action a plan so that
25   Kell Smith could eventually become the president --
```

```
 1              MS. JOHNSON:  Object to the form.
 2      MS. ROSS:  (Continuing.)
 3          Q    -- by changing the qualifications?
 4          A    There was no such plan.
 5          Q    Okay.  But there was action taken to lower
 6      the standards for the executive director's position,
 7      correct?
 8          A    Eventually, but it had nothing to do with
 9      Kell.
10          Q    But Kell did get the position once the
11      qualifications were changed, correct?
12          A    That's obvious from history.
13          Q    And he did not meet the qualifications that
14      were in place for executive director when he became
15      the interim?
16          A    We did not look at qualifications.
17          Q    Okay.
18          A    We looked for a peacemaker at that time.  We
19      looked for someone that we did not envision being a
20      candidate to be the permanent director.
21              We followed something that had been set up
22      in the past when -- if you remember, Debra Gilbert was
23      appointed interim director when the board locked up on
24      Debra West.  And they, at that time, got Dr. Portera
25      and his group to do a search.
```

```
 1    interested in being the interim executive director or
 2    the executive director?
 3         A    I never learned that he was interested in
 4    being interim director.
 5         Q    There was no formal process to fit -- when
 6    you selected a -- an interim executive director,
 7    right?
 8         A    That is correct.  We followed what had been
 9    done in the past, which was appoint someone just to
10    fill the interim job back when the board selected
11    Debra Gilbert.
12         Q    And you did not consider individuals whom
13    you knew were interested and who had previously
14    expressed an interest in serving as the executive
15    director?
16         A    That's correct.
17         Q    And one of those people who you knew had
18    expressed an interest was in fact Shawn Mackey?
19         A    We knew that Dr. Mackey had applied before
20    and actually was one of the three finalists.
21         Q    Did Kell have to say to the board that --
22    before he was put in the position that he would agree
23    not to apply for the executive director's position if
24    he was selected as the interim executive director?
25         A    I have no exact memory of that.  I think it
```

124

```
 1   apparently.
 2       Q    And at this point, on February 3rd of 2022,
 3   you're seven months out from when Kell became interim,
 4   correct?
 5       A    February 3rd of 2022?
 6       Q    Yes, looking at Exhibit 21.
 7       A    No.
 8       Q    How many months are you out?
 9       A    He had already been appointed interim.
10       Q    Yes.
11       A    Yes, you're correct.  He was appointed
12   interim in July of '21.  So that would have been close
13   to probably eight months.
14       Q    Okay.  And at this point you're still not
15   ready to select the executive director, even though it
16   was supposed to -- you projected that it may happen
17   within a four to six-month period?
18            MS. JOHNSON:  Object to the form.
19       A    We knew that we needed four to six months
20   before we actually got into a serious search.  We were
21   delayed for a couple of issues.  You want to ask about
22   the delay.
23            Accelerate was taking hold.  We weren't sure
24   what our position would be.  We didn't know how much
25   of workforce training they would take over, what part
```

AW Reporting
601-573-0961

1    of the funding they would take over.
2            We envisioned -- Johnny envisioned a three
3    to five man group, and now it's a large agency.
4    Johnny McRight had a couple of months where he
5    couldn't attend meetings, if I remember properly.  He
6    had some back problems.  So that delayed the committee
7    getting together.
8    MS. ROSS: (Continuing.)
9        Q    Well, when Cheryl Thurman had problems
10   because her mom was sick and I think eventually
11   passed, y'all just put someone else in in her place,
12   right?
13       A    She asked to be relieved.
14       Q    So the process could go ahead, right?
15       A    She asked to be relieved because she wasn't
16   sure she was going to be able to attend meetings at
17   all.
18       Q    And there was no reason why Johnny could not
19   be replaced on the search committee, right?
20              MS. JOHNSON:  Object to the form.
21       A    That's your opinion.
22   MS. ROSS: (Continuing.)
23       Q    No.  I'm asking you.  You were the chair.
24       A    We never considered replacing Mr. McRight.
25       Q    Because he was driving this train for his

```
 1    MS. ROSS:  (Continuing.)
 2        Q    And Steve Miller, what's his race?
 3        A    He's white.
 4        Q    Were you aware at any point of any bad
 5   relationships that Mackey had with presidents of
 6   the -- any of the colleges?
 7        A    I was not.
 8        Q    Okay.  I ask you to look at Exhibit 4.
 9        A    (Witness complies.)
10        Q    At some point did you become aware that
11   Mackey, Shawn Mackey, had filed a charge of race
12   discrimination against the MCCB?
13        A    Somewhere I heard about it.
14        Q    And did the board hire counsel to respond to
15   that?  Or was counsel selected to respond to that, his
16   charge of discrimination?
17        A    I don't remember us doing anything on that.
18   I thought this was -- a reply was done by Cynthia.  I
19   have no idea.
20        Q    You thought it was done by who?
21        A    I thought Cynthia maybe did a response to
22   it.  I don't know.
23        Q    Okay.  But Cynthia can't write a response
24   for the board without being directed to do so,
25   correct?
```