1

```
 1              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                    NORTHERN DIVISION

 3     SHAWN MACKEY                        PLAINTIFF

 4     VERSUS                  NO. 3:23-CV-233-DPJ-ASH

 5     JOHN PIGOTT, ET AL.                 DEFENDANTS

 6
       **************************************************
 7

 8
                DEPOSITION OF DONNIE CAUGHMAN
 9

10
       **************************************************
11

12                  APPEARANCES NOTED HEREIN

13                  DATE: SEPTEMBER 18, 2024
          PLACE: MISSISSIPPI ATTORNEY GENERAL'S OFFICE
14               550 HIGH STREET, SUITE 1100
                    JACKSON, MISSISSIPPI
15                   TIME: 9:30  a.m.

16

17

18

19

20     REPORTED BY:  AMANDA MAGEE WOOTTON, CSR, RPR
                      CSR #1238
21     _____

22                      AW Reporting
                    amanda@awreporting.net
23                   338 Indian Gate Circle
                  Ridgeland, Mississippi 39157
24                      601.573.0961

25
```

EXHIBIT 7

1    Q    Okay.  Did you ever learn why?

2    A    Well, yes, ma'am.  There was a problem with

3    her and some of the presidents that they didn't see

4    eye to eye on the way certain things were done.  And

5    I'm telling you things that, as a new person coming on

6    that board, I heard and was told by other board

7    members and even heard it from one or two presidents

8    indirectly.

9         But that was -- that was what I understood,

10   that she -- she and some of the presidents were at

11   odds over some issues related to the junior college

12   system -- community college system.

13   Q    So were you present when she announced her

14   resignation?

15   A    I was.

16   Q    Okay.  And was that during a board meeting?

17   A    It was.

18   Q    And tell me what happened.

19   A    Well, first it went into executive session,

20   as I recall, ma'am, and discussed all of these things

21   that the other board members had heard and been told.

22        And we came out of executive session, called

23   Andrea back in there and asked for her resignation or

24   to be dismissed, and she resigned.

25        They -- I think Mr. Pigott, who was the

1          Q     Did you vote to change the minimum

2    requirements for the executive director's position?

3          A     Yes, ma'am.

4          Q     And why?

5          A     I didn't think that a -- that a doctorate

6    degree should be a requirement for our director.

7          Q     Why not?

8          A     One, I didn't think an academian should

9    be -- we needed an academian in that position.  This

10   position was one more of leadership, relationships

11   with employees and the legislature, more than having a

12   Ph.D.

13              And we were paying way too much money for

14   Ms. Mayfield -- Dr. Mayfield.  And I felt like anyone

15   with a doctorate degree is going to demand that --

16   almost that same kind of salary, which we all felt was

17   way overboard.

18         Q     What's your highest degree?

19         A     Master's.

20         Q     Okay.  And where did you receive your

21   Master's degree?

22         A     Southern Mississippi.

23         Q     And what was that Master's degree in?

24         A     It was in educational administration.

25         Q     And did you ever work in educational

32

1      Q    Okay.

2      A    I think I -- I went on to -- my first

3  meeting might have been in March of 2021, something

4  like that, anyway.  It was all coming apart when I got

5  there.

6      Q    Can you explain?

7      A    Oh, the troubles.  When I got there, you

8  know, some of the other board members, in just round

9  table discussions before the meeting, whatever, there

10  seemed to be problems with Dr. Mayfield and some of

11  the presidents of the community college system.

12          And, in turn, the board had problems with

13  her.  And so that's what I mean.  I could tell that

14  there were things not just right there with the

15  community college staff and system, with the community

16  college board.

17      Q    When did you first meet Shawn Mackey?

18      A    I guess my first day there, ma'am, my first

19  meeting.  He came up and introduced himself to me.  I

20  said, you know, "I know you from somewhere."  I

21  said -- we got to talking and figured out how -- how I

22  knew him.

23      Q    Before you voted to name Kell Smith interim

24  executive director, did you review his personnel file?

25      A    No, ma'am.

48

```
 1    development work?

 2         A    I did not.  No, ma'am.

 3         Q    So next to Miller, who -- so since -- you

 4    comparing Mackey and Miller?

 5         A    I was comparing Miller to both Mackey and

 6    Smith.

 7         Q    Okay.  And then -- and you said Miller would

 8    have been your first choice?

 9         A    He would have.

10         Q    Who would have been the second choice?

11         A    Kell.

12         Q    Okay.  And why?

13         A    Because --

14         Q    Because he's white, like Miller?

15         A    No, ma'am.

16              MR. DANIELS:  Object to the form.

17         A    No, ma'am.  No, ma'am.  By this time I had,

18    you know, learned a little bit, and I had listened to

19    a little bit.  And it just appeared to me that Kell

20    was the best fit for what we were looking for, someone

21    that got along with employees, did his job, went to

22    the legislature, had a good relationship with those

23    guys.  And I just felt like that was the best thing

24    for us at the time.

25    MS. ROSS: (Continuing.)
```

1   please?  It says -- or these statements.  "It is not

2   that a black person has never served as the executive

3   director of MCCB as stated by the charging party.  A

4   more statistically accurate statement is that a black

5   person has not yet been selected."

6         A     I think it explains itself.

7         Q     What does that mean?  I don't understand.

8         A     It means no black person has been selected.

9         Q     Well, if they're not selected, then they can

10   never serve, right?

11         A     No, not until you're selected.

12         Q     And what was the legitimate

13   nondiscriminatory reason that the board gave for

14   Mackey's non-selection?

15                    MR. DANIELS:  Object to the form.

16                    You can answer.

17         A     Ma'am, I think it was not any one thing.  As

18   we've already discussed, the issues that came up about

19   Dr. Mackey, his personality, and so forth, that raised

20   concerns and the after hours rental houses or whatever

21   it was he had to do also.  But it was primarily a

22   personality thing.

23         Q     And you don't see any of that in this

24   response to the EEOC, do you?

25         A     Not that I read awhile ago, ma'am.  I sure

123

```
 1        A     You're right.

 2        Q     Was that because Mackey was a black man?

 3        A     No, ma'am.

 4        Q     Okay.  If someone says something negative

 5   about Kell Smith, would you try to find out if the

 6   person is being truthful or not?

 7        A     It would depend on what negative they were

 8   talking about, ma'am.

 9        Q     Okay.

10        A     If he was -- if they say, "Well, I think

11   he's taking money from the Mississippi Community

12   College Board," yes.  If they said he is running

13   around on his wife, I don't care.

14        Q     Okay.  So did someone tell you that Mackey

15   was taking money from the community college board?

16        A     No, ma'am.

17        Q     Did anybody tell you that Mackey was running

18   around on his wife?

19        A     No, ma'am.

20        Q     What did these people tell you about Mackey?

21             MR. DANIELS:  Object.

22        A     Ma'am, I've already answered that more than

23   one time.  The only -- the only criticism I heard from

24   Dr. Mackey was he had problems getting along with

25   employees, with people.  He had people problems.
```