MCCB Board Meeting Minutes
Friday, July 16, 2021

## MINUTES from the July 16, 2021
## MISSISSIPPI COMMUNITY COLLEGE BOARD MEETING

The regular meeting of the Mississippi Community College Board (MCCB) was held at 9:00 a.m. on Friday, July 16, 2021 in Room 507 of the Paul B. Johnson, Jr., Building, located in the Education and Research Complex, 3825 Ridgewood Road, Jackson, MS, 39211. The meeting was held in person and by teleconference.

**Members present:** Mr. John Pigott, Chairman; Mrs. Cheryl Thurmond, Vice-Chairman; Mr. Videt Carmichael; Mr. Donnie Caughman; Mr. Bubba Hudspeth; Mrs. Dolly Marascalco; Mr. Johnny McRight; Mr. Luke Montgomery; and Dr. Dianne Watson (phone). There was a quorum of nine.

**MCCB Staff in attendance:** Dr. Andrea Mayfield, Jason Carter, Dr. Shawn Mackey (phone), Missy Saxton, Kell Smith, Cynthia Jiles, Sandy Crist, Ray Smith, Dr. Rachel De Vaughan, and Audra Dean (phone).

**Guests in attendance:** Dr. Steve Bishop, president of Southwest MS Community College and chair of MACC; Mrs. Hawley Robertson, Office of the Attorney General; and Ms. Marilyn Gardner of IHL.

### CALL TO ORDER

Chairman Pigott called the meeting to order at 9:05 a.m. and read the meeting notice for the August meeting.

### MEETING NOTICE

The Mississippi Community College Board will hold its monthly scheduled meeting at 9:00 am on Friday, August 20, 2021 in Room 507 of the Paul B. Johnson, Jr. Building, located in the Education and Research Complex at 3825 Ridgewood Road, Jackson, MS, 39211. This meeting may be conducted as a teleconference meeting.

### PRELIMINARIES

Chairman Pigott welcomed all to the meeting. Mr. Hudspeth provided the invocation. Roll call was taken by Missy Saxton.

#### Approval of June 18, 2021 Meeting Minutes

In a motion made by Mr. McRight and seconded by Mr. Montgomery, the MCCB **voted unanimously** to approve the minutes of the June 18, 2021 Board Meeting minutes.

#### Approval of the July 16, 2021 Agenda

In a motion made by Mr. Hudspeth and seconded by Mr. Montgomery, the MCCB **voted unanimously** to approve the July 16, 2021 agenda.

MCCB 002273

**EXHIBIT 9**

MCCB Board Meeting Minutes
Friday, July 16, 2021

### REPORTS/ACTIONS

#### Chairman's Report

Chairman Pigott reported Mr. Caughman's wife is in the hospital and asked for prayers for her. He reported he attended the MACC Trustees Convention on June 28 on the Gulf Coast. He concluded his report.

#### Executive Director's Report

Dr. Mayfield yielded to Missy Saxton to administer the Oath of Office to Mr. McRight and Mr. Montgomery who were both reappointed on May 3, 2021, to serve on the Board by Governor Tate Reeves. Mrs. Saxton administered the oaths.

Dr. Mayfield received a letter from Mrs. Jennifer Rogers, Director of the Mississippi Postsecondary Financial Aid Board. Mrs. Rogers indicated the term for the community college appointee on the PSFAB expired on June 30, 2021. Mrs. Dolly Marascalco has been serving the term for former board member Lee Bush. Chairman Pigott thanked Mrs. Marascalco for her service to the PSFAB. Dr. Dianne Watson has agreed to fill this position on the PSFAB.

In a motion made by Mr. McRight and seconded by Mr. Caughman, the MCCB **voted unanimously** to approve the appointment of Dr. Dianne Watson to the MS Postsecondary Education Financial Assistance Board, effective July 1, 2021 and ending on June 30, 2025.

Dr. Mayfield met with five presidents on Monday, July 12 to discuss strategies to improve the relationships between MACC and MCCB through transparency and open communication.

She discussed MCCB General Standards and Guidelines and provided a revised copy of the Guidelines that were approved by the Board in May 2021. The Guidelines that she distributed to the Board included revisions and input from several presidents. This document will be included in the minutes as **Exhibit I**.

Mr. McRight made a motion to table this document for approval as the document presented by Dr. Mayfield was 20+ pages and he wanted an opportunity to read over the document thoroughly before approving. Mr. Montgomery seconded the motion to table the revised Guidelines.

Dr. Mayfield said she would like to talk through the document and if tabling the document was the decision of the board then that was fine. Chairman Pigott asked the will of the Board and called for discussion. The Members voted unanimously to approve the motion to table the revised Guidelines.

Dr. Mayfield concluded her report.

#### MACC Report

Dr. Bishop provided a brief report on the MACC Trustees convention and expressed his thanks for Board Members who were able to attend. He will be speaking before the MS Faculty Association. MACC will not meet in July. Dr. Bishop issued an invitation to MCCB to host one of the Board's monthly meetings at Southwest MS Community College. MACC will meet in

MCCB 002274

MCCB Board Meeting Minutes
Friday, July 16, 2021

September at Phi Theta Kappa headquarters. He thanked MCCB staff for coordinating efforts of the community college system. He concluded his report.

### Finance and Administration Report

Mr. Jason Carter presented the Finance agenda.

**Attachment 1** is a request for approval for General Fund 2298 Disbursements for August 2021 in the amount of $9,041,648.00.

In a motion made by Mr. Carmichael and seconded by Mr. McRight, the **MCCB voted unanimously** to approve the General Fund Disbursement from Fund 2298 for August 2021 in the amount of $9,041,648.00.

**Attachment 2** is a request for approval of the Educational Enhancement Fund Disbursement from Fund 44080 in the amount of $3,658,299.00 and also from Fund 44110 in the amount of $82,111.00 for a total disbursement amount of $3,740,410.00 for July 2021.

In a motion made by Mr. Hudspeth and seconded by Mr. Carmichael, the **MCCB voted unanimously** to approve the Educational Enhancement Fund Disbursement from Fund 44080 in the amount of $3,658,299.00 and also from Fund 44110 in the amount of $82,111.00 for a total disbursement amount of $3,740,410.00 for July 2021.

**Attachments 3a-3c** are the financial statements for Funds 2291, Special Funds, and Fund 4111, as of June 30, 2021. This is included for informational purposes only and does not require approval.

**Attachments 4a and 4b** are the requests for approval for the FY 2023 Budget for the Support budget and the Administration budget.

In a motion made by Mrs. Marascalco and seconded by Mr. McRight, the **MCCB voted unanimously** to approve the FY 2023 Budget request for the Support budget and the Administration budget.

**Attachment 5** is the request for approval of the Guidelines for Administration of Associate Degree Nursing Support for FY 2022.

In a motion made by Mr. Hudspeth and seconded by Mr. Montgomery, the **MCCB voted unanimously** to approve the Guidelines for Administration of Associate Degree Nursing Support for FY 2022.

**Attachment 6** is the request for approval for Guidelines for Administration of Capital Expense Funds for FY 2022.

In a motion made by Vice-Chair Thurmond and seconded by Mr. McRight, the **MCCB voted unanimously** to approve the Guidelines for Administration of Capital Expense Funds for FY 2022.

MCCB Board Meeting Minutes
Friday, July 16, 2021

### Purchasing Approvals $50,000 and Greater

**Attachment 7** is a request for approval of agreement between MCCB and Itawamba Community College to provide the Mississippi Electronic Libraries Online (MELO). Itawamba will provide consortia purchasing of these services for all 15 colleges. The cost of these services is $387,000.00.

In a motion made by Mr. Montgomery and seconded by Mr. Caughman, the **MCCB voted unanimously** to approve the agreement between MCCB and Itawamba Community College to provide the Mississippi Electronic Libraries Online (MELO) in the amount of $387,000.00

Mr. Carter concluded his report.

### Chief Information Officer Report

Mr. Ray Smith reported he has been working closely with Mr. Jim Hood at IHL and discussing the possibility of community college and four-year college CIO's meeting to exchange information and ideas, specifically purchasing and platforms.

### Accountability Report

Dr. Shawn Mackey presented **Exhibit A** for information purposes only. This is a summary report on the actions taken by the Commission on Proprietary School and College Registration (CPSCR).

Dr. Mackey reported the inaugural Athletics Conference will be held on July 29, 2021 at the Hilton Jackson. The MACCC is preparing for its fall sports. He concluded his report.

### Workforce, Career & Technical Education, and Office of Curriculum & Instruction Report

Dr. Rachel De Vaughan presented **Exhibits B and C**, the WESS Workforce Report and the WET Funds Report, respectively. These reports are for informational purposes only and do not require approval.

Dr. De Vaughan presented **Exhibits D, E, and F & G.**

**Exhibit D** is a request for the Board to approve a New Option at Itawamba Community College for the Diagnostic Medical Sonography Technology program to be located at the Belden Center.

**Exhibit E** is a New Location and New Option request from Northwest MS Community College for a Commercial Truck Driving program to be located at the Olive Branch campus.

**Exhibit F** is a request for a New Location at the Scooba campus of East MS Community College for the Practical Nursing program.

**Exhibit G** is a request for a New Location and New Option at the Mayhew campus of East MS Community College for the Basic Electrical Line worker.

In a motion made by Mr. Hudspeth and seconded by Mr. Carmichael, the MCCB voted unanimously to approve **Exhibits D, E, F, & G** as stated above.

MCCB 002276

MCCB Board Meeting Minutes
Friday, July 16, 2021

**Exhibit H** is a request for final approval for curricula revisions to be submitted to the MS Secretary of State's Office for APA review for the curricula of Paralegal Technology, Commercial Truck Driving and Process Operations Technology.

In a motion made by Mr. McRight and seconded by Mr. Caughman, the MCCB **voted unanimously** to approve the request for final approval for curricula revisions to be submitted to the MS Secretary of State's Office for APA review for the curricula of Paralegal Technology, Commercial Truck Driving and Process Operations Technology.

Dr. De Vaughan concluded her report.

### TRAVEL AUTHORIZATIONS

Several members attended the MACC Trustees Conference held on June 28, 2021. Those members in attendance and requesting travel reimbursements are Chairman Pigott, Vice-Chairman Thurmond, Mr. McRight, Mr. Montgomery, Mr. Caughman, and Mr. Hudspeth. Mrs. Marascalco traveled to the MS Economic Council meeting on June 16, 2021. Mrs. Marascalco also attended three Mississippi Postsecondary Financial Aid Board meetings on January 13, 2021, February 15, 2021 and June 23, 2021.

In a motion made by Mr. McRight and seconded by Mr. Montgomery, the MCCB voted unanimously to approve the travel authorization request for

### OTHER BUSINESS

Mr. McRight made a motion to close the public board meeting to determine the need for a closed session. This did not require a second. The MCCB **voted unanimously** to close the public meeting. The meeting was closed at 9:50 a.m.

The meeting was reopened to the public at 10:04 a.m.

Mr. McRight made a motion that the Board move into an executive session to discuss a personnel matter. The motion was seconded by Mr. Luke Montgomery. The MCCB voted unanimously to approve an executive session for the purpose to discuss a personnel matter. The meeting went into executive session and was closed at 10:08 a.m.

The meeting was reopened to the public at 11:43 a.m.

The action taken during the executive session was the Board accepted the resignation of Dr. Andrea Mayfield as Executive Director of the Mississippi Community College Board. Dr. Mayfield was thanked for her years of service to the Mississippi community college system and the Mississippi Community College Board.

Another action taken during the executive session is the Board asked Mr. Kell Smith to serve as the Interim Executive Director until another Executive Director can be named. Mr. Smith accepted the position appointment of Interim Executive Director along with his other title of Director of Communications and Legislative Services.

In a motion made by Mr. McRight and seconded by Mrs. Marascalco, the MCCB **voted unanimously** to adjourn. The meeting was adjourned at 11:50 a.m.

MCCB Board Meeting Minutes
Friday, July 16, 2021

Recorded by:

*[signature]*

Mrs. Missy Saxton

Approved by:

*[signature]*

Mr. John Pigott, MCCB Chairman

Approved by:

*[signature]*

Mr. Kell Smith, MCCB Interim Executive Director

July 16, 2021 Exhibits

| | |
|---|---|
| Finance Agenda | Separate Agenda |
| CPSCR Summary Report | Exhibit A |
| WESS Workforce Report | Exhibit B |
| WET Funds Report | Exhibit C |
| Itawamba CC, New Option Request | Exhibit D |
| Northwest MS CC, New Location/Option Request | Exhibit E |
| East MS CC, New Location Request | Exhibit F |
| East MS CC, New Location/Option Request | Exhibit G |
| Curricula Revision APA Final Request | Exhibit H |
| MCCB Guidelines | Exhibit I |