1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
2              NORTHERN DIVISION

3

4

     SHAWN MACKEY                                    PLAINTIFF
5

6    V.                      CIVIL ACTION NO. 3:23-CV-233-DPJ-ASH

7

     JOHN PIGOTT, ET AL.                             DEFENDANTS
8

9

10            ORAL DEPOSITION OF CHERYL THURMOND

11

12

13        Taken at the instance of the Plaintiff on Friday,
          October 4, 2024, in the Office of the Mississippi
14            Attorney General, 550 High Street,
                11th Floor, Jackson, Mississippi,
15                  beginning at 1:09 p.m.

16

17

18            (Appearances noted herein)

19

20

21
     REPORTED BY:        Kelly D. Brentz, CSR-MS, CSR-TX, RPR
22                       AW Reporting, LLC
                         338 Indian Gate Circle
23                       Ridgeland, Mississippi 39157
                         kelly@awreporting.com
24                       601-573-0961

25

EXHIBIT 11

```
 1        A.   I don't -- I don't remember.
 2        Q.   Have you ever been involved in a discussion
 3   concerning changing the job description of the executive
 4   director of MCCB?
 5        A.   Before this last search, yes.
 6        Q.   And who did you have this discussion with?
 7        A.   Well, it would have been a discussion at the
 8   board meeting, I would assume.  I don't -- we did talk
 9   about it.  The board decided to change it.
10        Q.   Why?
11        A.   We wanted to open it up to more people.
12        Q.   Ma'am, how many people applied for the job when
13   Andrea Mayfield sought it?
14        A.   I don't remember.
15        Q.   You wanted to -- why did y'all want to open it
16   up to more people?
17        A.   I remember that we didn't feel that it had to be
18   someone with a doctorate degree to run the agency.
19        Q.   Ma'am, did you have any experience in
20   determining what degrees a person needed to hold to
21   perform that particular job within the agency?
22        A.   No.
23        Q.   So how did you reach a conclusion that you
24   didn't need a doctorate degree?
25        A.   I just agreed that it didn't have to -- that the
```

50

```
 1     the reason he didn't apply or --
 2          Q.   Okay.  Did you ever discuss with him why he
 3     didn't apply --
 4          A.   No.
 5          Q.   -- for the executive director's position?
 6          A.   No.
 7          Q.   Okay.  And it would be reasonable not to apply
 8     if you can't even meet the minimum requirements; correct?
 9          A.   Right.
10          Q.   So the only person who was considered for the
11     interim director's position was Kell Smith, a white man?
12               MR. DANIELS:  Object to the form.
13          A.   Kell was considered for the interim.
14          Q.   (By Ms. Ross)  And he is a white man?
15          A.   He is a white man.
16          Q.   And can you tell me anyone else who was
17     considered besides him for the interim director's
18     position?
19          A.   I believe that we noted or discussed that
20     probably Dr. Mackey and possibly Dr. Rachel DeVaughan
21     would be interested in the job -- or interested in
22     applying, yes.
23               But the reason that we chose Kell is because we
24     thought -- we wanted to do things right.  We wanted to --
25     we wanted -- I personally -- let me just say it this way,
```

51

```
1      I personally thought Kell was a good choice because I did
2      not think that he would be interested in the job, and
3      that's -- that's the truth.
4           Q.   So the board didn't want somebody who would be
5      interested in the job?
6                MR. DANIELS:  Object to the form.
7           A.   No, I didn't say that.  I'm just saying, for me,
8      I felt that it was a good thing to put someone in as the
9      interim that probably -- or I didn't think would seek the
10     job.
11          Q.   (By Ms. Ross)  But you didn't tie that to his
12     selection; you didn't make it a requirement that the
13     interim director could only serve if he promised or she
14     promised not to seek the executive director's position?
15          A.   Right.
16          Q.   And you could have done that --
17               MR. DANIELS:  Object to the form.
18          Q.   (By Ms. Ross)  -- right?
19               MR. DANIELS:  Object to the form.
20          A.   We could have done a lot of things, I guess.
21          Q.   (By Ms. Ross)  Yeah, but you could have done --
22     specifically, you could have conditioned the selection of
23     the interim director on that person agreeing not to seek
24     the executive director's position; correct?
25          A.   We could have.  Didn't cross my mind to do that.
```

1       Q.    -- the process because your mother was dying?

2       A.    I know that.

3       Q.    Yeah.

4       A.    But I was not there for these interviews so I

5   cannot tell you.  I didn't see that.  I don't know.  I

6   can't tell you something I don't know.

7             MS. ROSS:  Well, go back and read her answer

8        where she talked about what could have been.

9             MR. DANIELS:  Object to the form.

10            MS. ROSS:  Read that for me, please.

11            (The reporter read the requested portion.)

12      Q.    (By Ms. Ross)  What facts are you aware of that

13  says that Steven Miller's transcript was lost?

14      A.    I don't have any.  I'm just saying it could have

15  been.  You asked me -- I don't --

16      Q.    I didn't ask you what could have been, ma'am.

17      A.    Okay, okay.

18      Q.    Before Kell Smith was selected as executive

19  director, had he ever supervised any employees at MCCB?

20      A.    I -- if he -- I don't know.  He could have.  He

21  could not have.

22      Q.    Was Kell Smith more qualified to be executive

23  director than Shawn Mackey?

24            MR. DANIELS:  Object to the form.  You can

25        answer.

1          A.    Both -- both of them met the educational

2    requirements.  Both of them were qualified.

3          Q.    (By Ms. Ross)  I said, was Kell Smith more

4    qualified than --

5          A.    Well, it depends on what "qualified" means and

6    -- and what qualifications you're looking for to fill a

7    particular need at a particular time.

8          Q.    Ma'am, was Kell Smith more qualified to be

9    executive director than Shawn Mackey?

10              MR. DANIELS:  Object to the form.

11         A.    They both were qualified.

12         Q.    (By Ms. Ross)  Ma'am, who was more qualified for

13    the position of executive director of MCCB?

14              MR. DANIELS:  Object to the form.

15         A.    If you're just talking about overall

16    qualifications, I felt like Kell was more qualified for

17    what we were looking for.

18         Q.    (By Ms. Ross)  And what were y'all looking for,

19    a white male?

20              MR. DANIELS:  Objection.

21         A.    The answer to that is no.

22         Q.    (By Ms. Ross)  Okay.  So he was more qualified

23    based on what?

24         A.    He -- he was qualified in his relationships with

25    people, with people at the legislature, things that we

1          THE REPORTER:  Let me check the question.

2          (The reporter read the requested portion.)

3     Q.   (By Ms. Ross)  Okay, so should be interim

4     director.  So your answer to my question?

5     A.   We selected Kell Smith.

6     Q.   Ma'am, "yes" or "no"?

7     A.   Read it one time.

8          (The reporter read the requested portion.)

9     A.   Yes.

10    Q.   So I want to make sure it's clear for the

11    record.

12    A.   I do, too.

13    Q.   Yeah.  So the all-white board selected Kell

14    Smith as the interim executive director without -- at a

15    time when you, as a board member, knew that Mackey had

16    previously applied for the executive director's position;

17    correct?

18         MR. DANIELS:  Object to the form.  You can

19    answer.

20    A.   Yes.

21    Q.   (By Ms. Ross)  So you knew that Mackey had an

22    interest in leading the agency?

23    A.   I assumed he did.

24    Q.   Okay.  And you didn't consider him because he

25    was African American?

94

1            MR. DANIELS:  Object to the form.

2        A.  I would never do that.

3        Q.  (By Ms. Ross)  Okay.  But you did.  That's what

4    happened, isn't it, ma'am?

5        A.  No.

6            MR. DANIELS:  Object to the form.

7        Q.  (By Ms. Ross)  You never considered Mackey for

8    the position of interim director; right?

9            MR. DANIELS:  Object to the form.

10       A.  I think we considered several.  It was discussed

11   when -- we wanted someone that we didn't think would want

12   the position or be interested in the position.  It had

13   nothing to do with Dr. Mackey, how I felt about him, his

14   color, it didn't.

15       Q.  (By Ms. Ross)  Okay.  How --

16       A.  It just didn't.

17       Q.  -- how do you feel about him?

18       A.  I have always liked Dr. Mackey.

19       Q.  Okay.  All of that that you just said is -- none

20   of that is in these minutes where the board speaks; right?

21       A.  Correct.

22       Q.  Okay.  And you, as a member, have a right to

23   have whatever you want entered into the minutes entered;

24   right?

25       A.  Yes.