```
              THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION

SHAWN MACKEY                                    PLAINTIFF

VERSUS                          NO. 3:23-CV-233-DPJ-ASH

JOHN PIGOTT, ET AL.                            DEFENDANTS

*******************************************************


              DEPOSITION OF HENRY HUDSPETH


*******************************************************


                 APPEARANCES NOTED HEREIN

              DATE: OCTOBER 2, 2024
      PLACE: MISSISSIPPI ATTORNEY GENERAL'S OFFICE
              550 HIGH STREET, SUITE 1100
                  JACKSON, MISSISSIPPI
                    TIME: 2:30 p.m.




REPORTED BY:  AMANDA MAGEE WOOTTON, CSR, RPR
              CSR #1238

                      AW Reporting
                 amanda@awreporting.net
                  338 Indian Gate Circle
               Ridgeland, Mississippi 39157
                      601.573.0961
```

**EXHIBIT 12**

1    Kell had never sought the position?
2       A    Well, you had a vacancy.  You had to have
3    somebody to head it.  It was a temporary deal.  It
4    wasn't permanent.
5       Q    Well, it hadn't changed, right?
6              MS. JOHNSON:  Object to the form.
7    MS. ROSS: (Continuing.)
8       Q    It hadn't changed, correct?
9              MS. JOHNSON:  What hadn't changed?
10             MS. ROSS:  The position.
11   MS. ROSS: (Continuing.)
12      Q    I mean, Kell is still in the position,
13   right?  He moved from being interim to being executive
14   director.
15      A    Exactly.  After the change to where you
16   didn't have to have a doctorate degree was taken from
17   it.  He became qualified during the time.
18      Q    Because the all white board moved to change
19   the minimum requirements.
20             MS. JOHNSON:  Object to form.
21   MS. ROSS: (Continuing.)
22      Q    That's how Kell became qualified?
23      A    It didn't change just for Kell.  It changed
24   for -- you heard McRight talk about it, and others
25   have talked about it.

```
 1              But she didn't have -- she didn't have a
 2    doctorate degree, and we couldn't consider her, so we
 3    went on.  She was the longest serving employee, 25
 4    years plus.  She knew it from one end to the other
 5    end.  She was great.  All the presidents loved her.
 6    Everybody loved her, and still do.  She still works
 7    for them.
 8         Q    What did she do for them?
 9         A    I don't really know.  She does whatever they
10    need done.  She is a brilliant woman.
11         Q    Was there anything in particular about Kell
12    that the board considered when naming him the interim
13    executive director?
14         A    Good quality man.
15         Q    Was Mackey not a good quality man?
16         A    He was, and he is.
17         Q    Was there anything besides Kell being a good
18    quality man that led the board to name him interim
19    executive director?
20         A    I think the success that Kell had had with
21    the legislature really put him above anybody as far as
22    relations with the board.
23              He -- we struggled for years trying to get
24    enough money to hold the thing together.  Kell -- Kell
25    took care of that.  He became active in that.  He
```

```
 1    became friends with the members of the legislature.
 2    They loved Kell Smith.
 3             And Kell Smith did a wonderful, fantastic
 4    job of keeping folks' paychecks coming.  And he is
 5    still doing it today.
 6        Q    Tell me of any legislation you are aware
 7    that Kell Smith is responsible for the legislature
 8    passing.
 9        A    I don't know of any.  I haven't kept up with
10    that.
11        Q    Well, you said he was instrumental.  So he
12    was not instrumental in getting legislation passed?
13        A    I'm sure he was.
14        Q    Well, tell me --
15        A    I'm sure he was.
16        Q    Tell me about --
17        A    I don't know what the legislature he got
18    passed.  But he was instrumental in it.
19        Q    What do you mean by instrumental?
20        A    I mean, he was involved.  He knew the
21    people.  He knew who to politic with.  He knew how to
22    explain whatever is going on to them.
23             And I'm telling you these folks over at the
24    legislature loved this guy.
25        Q    Who at the legislature loved him?
```