| MISSISSIPPI COMMUNITY COLLEGE BOARD JOB DESCRIPTIONS | Position Title: Executive Director | |
|---|---|---|
| | Division: Executive | Section/Identifier: 1.1 |
| Initial Date of Adoption: June 18, 1992 | Branch: | |
| Revision Date(s): October 8, 2014; February 20, 2015; June 19, 2015; January 21, 2022 | Position Reports To: MCCB Board Members | |
| | Position Category: Executive Director | |
| | Page: 1 of 1 | |

### EXECUTIVE DIRECTOR

**Characteristics of Work:**
This is an administrative position which involves directing, organizing, planning, and supervising the operation of the Board office in executing the policies of the Board and the statutes of Mississippi. The Executive Director is responsible for recommending and implementing policies and administrative procedures for the proper conduct of the mission and purposes of the Board. The employee must be able to provide leadership and guidance to the community college system and work with the presidents of the community colleges to assist them in carrying out mandates of their respective boards of trustees, state and federal laws, and in functioning within the state system and policies established by the Board. This leadership includes analysis of problems that affect the various campuses within the community college system and interpretation of statutes and regulations that affect community colleges. Public relations are an integral part of the Executive Director's work, and accordingly, the employee must employ diplomacy, tact, and vision in the pursuit of his/her duties.

**Examples of Work:**
Examples of work performed in this position include, but not limited to, the following:

1. Maintains an efficient, functional, and professional office for the Board, including the recruiting, hiring, termination, and leadership of Board staff.
2. Provides organizational support for all Board activities and reports to the Board on specific assignments and tasks.
3. Ensures that the comprehensive records of the Mississippi Community College Board (MCCB), including, but not limited to, the Board's Policies and Procedures, Board meeting minutes, and personnel records, are maintained in a manner that is secure and consistent with State law.
4. Interprets, implements, and administers all policies, procedures, and guidelines of the Board.
5. Serves as the Board's representative before the Legislature and with other governmental entities.
6. Provides general leadership to the community college system by identifying trends and issues that potentially impact the mission and programs of community colleges, informing the Board and the presidents, and developing related policies, where appropriate.
7. Serves as the principal liaison for the Board with the Mississippi Association of Community Colleges and the Mississippi Community College Trustee Association.
8. Maintains a strong professional relationship with other state educational entities, including the Mississippi Department of Education and the Institutions of Higher Learning.
9. Represents the Mississippi community college system on statewide boards, task forces, and committees, as necessary.
10. Maintains a working relationship with national community college organizations such as the American Association of Community Colleges, the Association of Community College Trustees, and the National Council of State Directors of Community Colleges.
11. Upholds the Mission, Vision, and Core Values of the Mississippi Community College Board.
12. Performs other duties as assigned by the Board.

**Minimum Core Requirements:**
At least a master's degree in any field, and evidence of experience in administration, leadership, and engagement of others at regional, state, or national levels.

**Special Requirements Preferred:**
Experience in applications of state laws regarding community colleges and the statutory requirements for the operation of a state agency. Knowledge of the learning environment (instruction) in the areas of academics, career and technical education, workforce training, and distance education. Understanding of community college finance. Knowledge of technology and technology access for the colleges. A proven track record of providing leadership within a coordinating environment. Demonstrated leadership in working with a broad range of individuals to set goals and accomplish state-wide initiatives. Understanding of the legislative process in the state of Mississippi. Knowledge of Adult Basic Education and High School Equivalency Program. Knowledge of the workforce training system and its economic development role in Mississippi. Ability to communicate effectively. Experience with resource development and fundraising.

MCCB 000917
EXHIBIT 14