MCCB Board Meeting Minutes
Friday, January 20, 2023

## MINUTES from the January 20, 2023
## MISSISSIPPI COMMUNITY COLLEGE BOARD MEETING

The regular meeting of the Mississippi Community College Board was held on January 20, 2023, in Room 507 of the Paul B. Johnson, Jr., Building, located in the Education and Research Complex, 3825 Ridgewood Road, Jackson, MS, 39211. The meeting was held in person and by teleconference.

**Members present:** Mr. John Pigott, Chairman; Mrs. Cheryl Thurmond, Vice-Chair (Phone, Ripley, MS); Mr. Donnie Caughman; Mr. Bubba Hudspeth; Mrs. Dolly Marascalco; Mr. Johnny McRight; Mr. Luke Montgomery; Mr. Will Symmes; and Dr. Dianne Watson. There was a quorum of nine.

**MCCB Staff in attendance:** Mr. Kell Smith, Mr. Jason Carter, Mrs. Missy Saxton, Dr. Shawn Mackey, Dr. Rachel De Vaughan, Mr. Dexter Holloway, Dr. Krista LeBrun, Mrs. Cynthia Jiles, and Mr. Steve Martin.

**Guests in attendance:** Dr. Val Towner, president of Coahoma CC and Chair of the MS Association of Community Colleges (MACC) (Phone, Clarksdale, MS); Mr. Jay Woods, Office of the Attorney General; and Ms. Melissa Temple of the Institutions of Higher Learning.

### CALL TO ORDER

Chairman Pigott called the meeting to order at 9:01 a.m. and read the meeting notice for the February 2023 meeting.

### MEETING NOTICE

The Mississippi Community College Board will hold its monthly scheduled meeting at 9:00 am on Friday, February 17, 2023, in Room 507 of the Paul B. Johnson, Jr. Building, located at 3825 Ridgewood Road, Jackson, MS, 39211. The meeting may be conducted as a teleconference meeting.

### PRELIMINARIES

Chairman Pigott welcomed all to the meeting and asked Mr. Hudspeth to provide the invocation. The Board recited the Pledge of Allegiance and Missy Saxton took roll.

### Approval of November 18, 2022 Meeting Minutes

In a motion made by Mr. McRight and seconded by Dr. Watson, the MCCB **voted unanimously** to approve the minutes of the November 18, 2022 regular scheduled board meeting.

MCCB 002254

EXHIBIT 15

MCCB Board Meeting Minutes
Friday, January 20, 2023

### Approval of the January 20, 2023 Agenda

In a motion made by Mr. Hudspeth and seconded by Mr. Symmes, the MCCB **voted unanimously** to approve the January 20, 2023 agenda.

### REPORTS/ACTIONS

### Chairman's Report

Chairman Pigott welcomed all to the board meeting and reported he has been involved with the MCCB Executive Director Search Committee. He yielded to Mr. McRight to provide an update on Member Videt Carmichael who has been under the weather this week. Chairman Pigott asked Members to remember Vice-Chair Thurmond and her mother in their prayers as well as former Chair Lee Bush as his dear wife, Dr. Freda Bush, passed away this week. Chairman Pigott yielded to Mr. Kell Smith for the Executive Director's report.

### Executive Director's Report

Mr. Smith welcomed all to the meeting and asked board members to remember Mr. Lee Bush and his family as they mourn the loss of his wife, Dr. Freda Bush. Mr. Smith welcomed Mr. Jay Woods as the new attorney assigned to MCCB by the Office of the Attorney General. Mr. Smith distributed the Annual Report to Members. This is an overview of what the agency does and is due to the Legislature at the end of every year. Of note, Fall 2021 Credit Enrollment was 63,959 students, Sprig 2022 Credit Enrollment was 56,768, MCCB administered a budget of approximately $59.2 million, State support flow-through funds totaled approximately $241.5 million in FY 2022, 887 citizens earned their high school equivalency diploma and staff collaborated with staff at colleges along with business partners to develop or revise 25 career-technical pathways.

Mr. Smith reported Total Transcript was implemented on December 1, 2022. This program allows people who have taken parts of the GED test and/or HiSet test and passed all parts except for one subject area, to take the subject area of another test brand and combine their scores to earn their high school equivalency diploma, if they pass the last remaining subject. Within the first several days of the program being implemented, there were at least 70 inquiries from citizens seeking information about their eligibility for Total Transcript. To date, 26 high school equivalency diplomas have been issued thanks to Total Transcript. Spring semester has begun and preliminary numbers will be gathered and reported soon.

The Legislature convened on Tuesday, January 3 and is scheduled to adjourn on April 2, 2023. Mr. Smith shared his Legislative Bill Tracking Document and discussed several bills. He will update this document as the legislative session progresses. January 31 is the deadline for committee action on General Bills. February 9 is the deadline for floor action on General Bills and February 22 is the deadline for floor action on Revenue Bills.

MCCB 002255

MCCB Board Meeting Minutes
Friday, January 20, 2023

Mr. Smith reported that he has talked with Ryan Miller of Accelerate MS and suggested that he come and provide an update to our Board on a quarterly basis. Mr. Miller will speak to the Board in April either in person or via Zoom. Mr. Smith said the conference room will be receiving audio upgrades, the Creating Futures Through Technology Conference will be held March 9-10 at the Beau Rivage, PTK All-Mississippi Team recognition luncheon will be held April 11 at the Muse Center and the MACC will be meeting on Monday and Tuesday, January 23-24 in the 5th floor board room. He concluded his report.

## MACC Report

Dr. Val Towner provided the MACC Report. He commended Mr. Smith's work in summarizing the legislative process and advocating on behalf of the community colleges. Dr. Towner reported the MACC meeting on January 23rd will be dedicated solely to Athletics and Student Activities and that athletic directors will be in attendance also. Regular MACC business will be on the agenda for Tuesday. Dr. Towner said he and his colleagues were glad to have the Spring 2023 semester underway. On a Coahoma Community College related note, Dr. Towner is excited to be hosting MCCB in Clarksdale for their April 21, 2023 meeting. He concluded his report.

## Finance and Administration Report

Mr. Carter presented the Finance agenda. He requested en bloc approval for the first four approval requests. Chairman Pigott agreed.

**Attachment 1** is a request for approval of General Fund 2298 Disbursements, by line item, for January 2023 in the total amount of $35,426,388.00. The line item amounts are broken down as follows:

General Fund Disbursements – January 2023 – SB 3012 – FY 2023
A.  General Fund 2298:

| | |
|---|---:|
| FUNDING FORMULA | $ 12,210,239.00 |
| HEALTH INSURANCE | 9,170,587.00 |
| WORKFORCE DEV. CENTER | 3,375,000.00 |
| SIGN LANGUAGE INTERPRETER | 89,525.00 |
| EDUCATION TECHNOLOGY | 3,799,580.00 |
| SALARY INCREASE | 5,499,996.00 |
| ASSOCIATE DEGREE NURSING | 1,278,461.00 |
| TOTAL JANUARY DISBURSEMENT | $35,423,388.00 |

**Attachment 2** is a request for General Fund Disbursements for February 2023 in the total amount of $13,126,905.00. The breakdown is as follows:

General Fund Disbursements –February 2023        (S

| | |
|---|---:|
| February Formula Disbursement | $12,210,239.00 |
| Salary Increases | $ 916,666.00 |
| Total | $13,126,905.00 |

3

MCCB Board Meeting Minutes
Friday, January 20, 2023

**Attachment 3** is a request for approval of Education Enhancement Fund Disbursements for January 2023 in the total amount of $4,157,079.00. The breakdown is as follows:

Education Enhancement Fund Disbursements – January 2023

| | |
|---|---|
| Fund 4080 | $4,074,967.00 |
| Fund 4110 | 82,112.00 |
| Total | $4,157,079.00 |

**Attachment 4** is a request for approval of the CTE Scholars Disbursements for January 2023, in the amount of $833,332.00.

In a motion made by Mrs. Marascalco and seconded by Mr. Montgomery, the **MCCB voted unanimously** to approve the following:

1. The General Fund 2298 Disbursements for January 2023 in the amount of $35,423,388.00;
2. The General Fund Disbursement for February 2023 to include salary increases for a total amount of $13,126,905.00;
3. The Education Enhancement Fund Disbursements for January 2023, in the amount of $4,157,079.00, and
4. The CTE Scholars Disbursements for January 2023 in the amount of $833,332.00.

**Attachments 5a-5c** are the financial statements for Funds 2291, 4111 and Special Funds as of December 31, 2022 and are for informational purposes only.

**Attachment 6** is a request for approval to enter into a contract agreement with the National Council for State Authorization Reciprocity Agreement (NC-SARA) in the amount of $60,000.00. This is a yearly contract the agency enters into to facilitate and support students enrolled in post-secondary institutions that participate in online courses serving in-state and out-of-state enrollments. SARA addresses the collection and use of enrollment data that is to be annually submitted to the NC-SARA by each participating SARA institution. All post-secondary educational institutions, domiciles, incorporated, or otherwise located within the State of Mississippi must have MCCA authorization prior to offering post-secondary instruction. Funding for this purchase will come from MSVCC Assessments.

In a motion made by Mr. McRight and seconded by Mr. Symmes, the **MCCB voted unanimously** to approve the contract agreement with NC-SARA in the amount of $60,000.00.

Mr. Carter concluded his report.

<u>Accountability Report</u>

Dr. Shawn Mackey presented **Exhibit A**, the CPSCR Report. This is for informational purposes only and does not require approval. He yielded to Mr. Martin for the Athletics report.

MCCB Board Meeting Minutes
Friday, January 20, 2023

Mr. Martin reported that he and Ms. Brown have evaluated all Mississippi athletic rules, policies and procedures at the request of MACC. He found 60 MACCC rules that differ from NJCAA policies. He spent several hours on a zoom call with community college athletic directors to gather historical information about some of the previous rule changes.

Basketball season has started. Jones College women's basketball team is ranked 13th nationally and Itawamba's men's basketball team is ranked 24th in the country. Spring sports will be kicking off soon. He concluded his report.

### Programs Report

Dr. Rachel De Vaughan presented **Exhibits B & C,** the Workforce and WET Funds Report. These two reports are for informational purposes only and do not require approval.

Dr. De Vaughan presented **Exhibits D, E, F, G, and H.**

**Exhibit D** is a New Program Request from Pearl River Community College for the Aviation Maintenance Technology program to be located at the Hancock County location in Waveland.

**Exhibit E** is a New Location and New Option Request from MS Gulf Coast Community College for the Emergency Medical Technology program. New locations are Tradition, Harrison County, Jackson County, Perkinston, George County, West Harrison and the Advanced Manufacturing Center.

**Exhibit F** is a New Location and New Option Request from MS Gulf Coast Community College for the Information Systems Technology program. New locations are Harrison County, Jackson County, Perkinston, George County, West Harrison, Advanced Manufacturing Center and the Maritime Training Academy.

**Exhibit G** is a New Location and New Option Request from MS Gulf Coast Community College for the Coding Technology program. New locations are Jackson County, Perkinston, George County, West Harrison, Advanced Manufacturing Center, Maritime Training Academy and Naval Construction Battalion.

**Exhibit H** is a New Location and New Option Request from MS Gulf Coast Community College for the Welding Technology program. New locations are Jackson County, Perkinston, George County, West Harrison, Advanced Manufacturing Center, Maritime Training Academy and Naval Construction Battalion.

Upon a motion made by Mr. Hudspeth and seconded by Dr. Watson, the **MCCB voted unanimously** to approve **Exhibits D, E, F, G, & H** as stated above.

MCCB 002258

MCCB Board Meeting Minutes
Friday, January 20, 2023

**Exhibit I** is a request for Final Approval of 2022-2023 Curricula Revisions to be submitted to the MS Secretary of State's office for final APA review for the curricula of Drafting and Design Cluster.

In a motion made by Mr. McRight and seconded by Mrs. Marascalco, the **MCCB voted unanimously** to approve the request for Final Approval of curricula in the Drafting and Design Cluster to be submitted to the MS Secretary of State's office for APA review.

### TRAVEL AUTHORIZATIONS

Chairman Pigott called for travel authorizations. Jason Carter announced any expenses related to the Search Committee meetings, such as conference room fees, meals, and copy paper would be covered by the agency. Mr. McRight requested to be reimbursed for such costs and for travel for Search Committee members on January 12 & 13 and January 19, 2023. Mrs. Marascalco requested reimbursement for attending the MS Economic Council's Capitol Day on January 5, 2023, in Jackson.

In a motion made by Mr. McRight and seconded by Dr. Watson, the **MCCB voted unanimously** to approve the expenses related to the Search Committee work as well as the travel authorization request for Mrs. Marascalco.

### OTHER BUSINESS

Mr. Hudspeth asked for flowers to be sent on behalf of the Board to the funeral of Dr. Freda Bush, January 27, 2023. Staff will handle that request.

Mr. Montgomery requested by motion for a closed meeting determination for the issue of whether or not to go into Executive Session. The motion was seconded by Mr. McRight. The **MCCB voted unanimously,** to move into Executive Session.

*The meeting was recessed at 10:02 a.m. for a short break and was reconvened at 10:08 a.m.*

In a motion made by Mr. McRight and seconded by Mr. Hudspeth, the **MCCB voted unanimously** to move into Executive Session to discuss a personnel matter.

*The meeting went into Executive Session at 10:08 a.m.*

*The meeting was reopened to the public at 10:50 a.m.*

Chairman Pigott announced the actions taken during the Executive Session.

A motion was made by Mr. Hudspeth to hire Mr. Kell Smith at the MCCB Executive Director, and was seconded by Mr. Symmes. The MCCB voted unanimously to approve the hire of Mr. Kell Smith as Executive Director of the MCCB.

MCCB 002259

MCCB Board Meeting Minutes
Friday, January 20, 2023

Further during the Executive Session, a motion was made by Chairman Pigott and seconded by Mr. McRight to hire Mr. Smith at a salary of $175,000.00 annually. **The motion was voted on unanimously by the MCCB members.**

Mr. Smith is set to begin his tenure as Executive Director of April 1, 2023.

Having no other business, Mr. Montgomery made the motion to adjourn the meeting and was seconded by Mrs. Marascalco. **The MCCB voted unanimously** to adjourn at 10:52 a.m.

Recorded by:

*[signature]*

Mrs. Missy Saxton

Approved by:

*[signature]*

Mrs. Cheryl Thurmond, MCCB Vice-Chair

Approved by:

*[signature]*

Mr. Kell Smith, MCCB Interim Executive Director

January 20, 2023 Exhibits

| | |
|---|---|
| CPSCR | Exhibit A |
| Workforce Report | Exhibit B |
| WET Funds Transfer Report | Exhibit C |
| Pearl River CC New Program Request | Exhibit D |
| MGCCC, New Location/Option Request | Exhibit E |
| MGCCC, New Location/Option Request | Exhibit F |
| MGCCC, New Location/Option Request | Exhibit G |
| MGCCC, New Location/Option Request | Exhibit H |
| APA Curriculum Revision Request-Final | Exhibit I |

MCCB 002260