```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                        NORTHERN DIVISION

 3    SHAWN MACKEY                                      PLAINTIFF

 4    VERSUS                            NO. 3:23-CV-233-DPJ-ASH

 5    JOHN PIGOTT, ET AL.                              DEFENDANTS

 6
      ****************************************************
 7

 8
                    DEPOSITION OF DOLLY MARASCALCO
 9

10
      ****************************************************
11

12                    APPEARANCES NOTED HEREIN

13                    DATE: OCTOBER 2, 2024
            PLACE: MISSISSIPPI ATTORNEY GENERAL'S OFFICE
14                  550 HIGH STREET, SUITE 1100
                       JACKSON, MISSISSIPPI
15                        TIME: 9:30 a.m.

16

17

18

19

20    REPORTED BY:  AMANDA MAGEE WOOTTON, CSR, RPR
                    CSR #1238
21    _____

22                         AW Reporting
                      amanda@awreporting.net
23                    338 Indian Gate Circle
                   Ridgeland, Mississippi 39157
24                       601.573.0961

25
```

**EXHIBIT 16**

```
 1        A    Yes, ma'am.
 2        Q    And that was after he had been named
 3   executive director?
 4        A    I think it was probably before.
 5        Q    He was named executive director in -- was it
 6   January 2023, ma'am?
 7        A    I do not remember the date.
 8        Q    How was Kell Smith selected as the executive
 9   director?
10        A    The search committee narrowed it down to
11   three people, and we discussed in our executive board
12   meeting each one of them.
13        Q    And what happened?
14        A    After we had our discussion, we chose Kell.
15             (Witness confers with counsel.)
16             MS. JOHNSON:  Yes, you can explain.
17        A    Because he had -- as interim, he had done a
18   great job, and we knew that he was well liked at the
19   Capitol.  He spent a lot of time over there on our
20   bills and --
21   MS. ROSS: (Continuing.)
22        Q    Any other reason Kell was chosen?
23        A    Again, the year or year and a half that he
24   was interim, and he did a great job.  His reports were
25   spot on.  He had great rapport with some of the
```

```
 1    senators and legislators over there to talk about
 2    bills that we needed to be passed.
 3         Q    Why was Mackey not selected?
 4         A    I can't answer that.  I can't read minds.
 5         Q    You can't read what?
 6         A    Minds.
 7         Q    Well, you said you had a conversation,
 8    ma'am.
 9         A    Me --
10         Q    Look, I'm not asking you to read a mind.
11    But you said you had a conversation.
12              Why was Mackey not selected?
13         A    You are talking about why the board --
14         Q    When y'all were in the meeting, did y'all
15    discuss anyone besides Kell?
16         A    We discussed all three.
17         Q    Okay.  And my question then is why was
18    Mackey not selected.
19         A    We just felt that Kell was better qualified.
20         Q    And tell me what you mean by better
21    qualified.
22         A    Again, while he was interim, he did a very
23    good job.  His reports were great.  He went up and
24    over and beyond what we asked him to do.  And all of
25    the reports were always good for the community
```