[redacted].com

| | |
|---|---|
| **From:** | Cynthia Jiles [redacted].edu> |
| **Sent:** | Wednesday, April 6, 2022 11:14 AM |
| **To:** | Bubba Hudspeth; Cheryl Thurmond; Dolly Marascalco; Donnie Caughman; Dianne Watson; John Pigott; Johnny McRight; Luke Montgomery; Videt Carmichael; Will Symmes |
| **Cc:** | Erin Meyer; [redacted]ennis@ago.ms.gov |
| **Subject:** | MCCB Executive Director Job Description |
| **Attachments:** | MCCB Executive Director_Job Description 2022.docx |

Good morning!

The Executive Director's job description is attached for your review. Please forward me any *special requirements* you would like to add to this description.

Do not hesitate to contact me if you have any questions.

Thank you,
Cynthia Jiles

Cynthia D. Jiles, SHRM, HRCP
Assistant Executive Director, Office of Human Resources
Mississippi Community College Board
3825 Ridgewood Rd.
Jackson, MS 39211
PH: 601- 432-6524 Fax: 601-432-6375
[redacted]edu
www.mccb.edu

**Confidentiality Note:** The information contained in this e-mail and/or attached document(s) is for the exclusive use of the individual named above and may contain confidential, privileged, and non-disclosable information. If you are not the intended recipient, you are hereby notified that any disclosure, saving, copying, printing, or distribution by any means is strictly prohibited. If you have received this transmission in error, please disregard and delete.

MCCB 001618

EXHIBIT 17

| MISSISSIPPI COMMUNITY COLLEGE BOARD JOB DESCRIPTIONS | Position Title: Executive Director | |
|---|---|---|
| | Division: Executive | Section/Identifier: 1.1 |
| Initial Date of Adoption: June 18, 1992 | Branch: | |
| Revision Date(s): October 8, 2014; February 20, 2015; June 19, 2015; January 21, 2022 | Position Reports To: MCCB Board Members | |
| | Position Category: Executive Director | |
| | Page: 1 of 1 | |

**EXECUTIVE DIRECTOR**

**Characteristics of Work:**

This is an administrative position which involves directing, organizing, planning, and supervising the operation of the Board office in executing the policies of the Board and the statutes of Mississippi. The Executive Director is responsible for recommending and implementing policies and administrative procedures for the proper conduct of the mission and purposes of the Board. The employee must be able to provide leadership and guidance to the community college system and work with the presidents of the community colleges to assist them in carrying out mandates of their respective boards of trustees, state and federal laws, and in functioning within the state system and policies established by the Board. This leadership includes analysis of problems that affect the various campuses within the community college system and interpretation of statutes and regulations that affect community colleges. Public relations are an integral part of the Executive Director's work, and accordingly, the employee must employ diplomacy, tact, and vision in the pursuit of his/her duties.

**Examples of Work:**

Examples of work performed in this position include, but not limited to, the following:

1. Maintains an efficient, functional, and professional office for the Board, including the recruiting, hiring, termination, and leadership of Board staff.
2. Provides organizational support for all Board activities and reports to the Board on specific assignments and tasks.
3. Ensures that the comprehensive records of the Mississippi Community College Board (MCCB), including, but not limited to, the Board's Policies and Procedures, Board meeting minutes, and personnel records, are maintained in a manner that is secure and consistent with State law.
4. Interprets, implements, and administers all policies, procedures, and guidelines of the Board.
5. Serves as the Board's representative before the Legislature and with other governmental entities.
6. Provides general leadership to the community college system by identifying trends and issues that potentially impact the mission and programs of community colleges, informing the Board and the presidents, and developing related policies, where appropriate.
7. Serves as the principal liaison for the Board with the Mississippi Association of Community Colleges and the Mississippi Community College Trustee Association.
8. Maintains a strong professional relationship with other state educational entities, including the Mississippi Department of Education and the Institutions of Higher Learning.
9. Represents the Mississippi community college system on statewide boards, task forces, and committees, as necessary.
10. Maintains a working relationship with national community college organizations such as the American Association of Community Colleges, the Association of Community College Trustees, and the National Council of State Directors of Community Colleges.
11. Upholds the Mission, Vision, and Core Values of the Mississippi Community College Board.
12. Performs other duties as assigned by the Board.

**Minimum Core Requirements:**

At least a master's degree in any field, and evidence of experience in administration, leadership, and engagement of others at regional, state, or national levels.

**Special Requirements Preferred:**

Experience in applications of state laws regarding community colleges and the statutory requirements for the operation of a state agency. Knowledge of the learning environment (instruction) in the areas of academics, career and technical education, workforce training, and distance education. Understanding of community college finance. Knowledge of technology and technology access for the colleges. A proven track record of providing leadership within a coordinating environment. Demonstrated leadership in working with a broad range of individuals to set goals and accomplish state-wide initiatives. Understanding of the legislative process in the state of Mississippi. Knowledge of Adult Basic Education and High School Equivalency Program. Knowledge of the workforce training system and its economic development role in Mississippi. Ability to communicate effectively. Experience with resource development and fundraising

.com

**From:** Johnny McRight <.com>
**Sent:** Wednesday, April 6, 2022 3:11 PM
**To:** John Pigott, MCCB, Trustee
**Subject:** Fwd: MCCB Executive Director Job Description
**Attachments:** MCCB Executive Director_Job Description 2022.docx; Untitled attachment 00054.htm

Hey John,
Who wrote this description? I wish it was color coded for "deleted" and "added" so we could clearly recognize what actual changes have been made. I just don't have the time to walk thru it word for word to recognize changes.
Any thoughts on this version? Johnny

Sent from my iPhone

Begin forwarded message:

**From:** Cynthia Jiles .edu>
**Date:** April 6, 2022 at 11:18:17 AM CDT
**To:** Bubba Hudspeth l.com>, Cheryl Thurmond .com>, Dolly Marascalco .com>, Donnie Caughman .com>, Dianne Watson <dwatson >, John Pigott >, Johnny McRight com>, Luke Montgomery com>, Videt Carmichael .net>, Will Symmes .com>
**Cc:** Erin Meyer , jonathan.denn
**Subject: MCCB Executive Director Job Description**

Good morning!

The Executive Director's job description is attached for your review. Please forward me any *special requirements* you would like to add to this description.

Do not hesitate to contact me if you have any questions.

Thank you,
Cynthia Jiles

Cynthia D. Jiles, SHRM, HRCP
Assistant Executive Director, Office of Human Resources
Mississippi Community College Board
3825 Ridgewood Rd.
Jackson, MS 39211
PH: 601- 432-6524 Fax: 601-432-6375

www.mccb.edu

**Confidentiality Note:** The information contained in this e-mail and/or attached document(s) is for the exclusive use of the individual named above and may contain confidential, privileged, and non-disclosable information. If you are not the intended recipient, you are hereby notified that any disclosure, saving, copying, printing, or distribution by any means is strictly prohibited. If you have received this transmission in error, please disregard and delete.

| MISSISSIPPI COMMUNITY COLLEGE BOARD JOB DESCRIPTIONS | Position Title: Executive Director |
|---|---|
| | Division: Executive Section/Identifier: 1.1 |
| Initial Date of Adoption: June 18, 1992 | Branch: |
| Revision Date(s): October 8, 2014; February 20, 2015; June 19, 2015; January 21, 2022 | Position Reports To: MCCB Board Members |
| | Position Category: Executive Director |
| | Page: 1 of 1 |

## EXECUTIVE DIRECTOR

**Characteristics of Work:**
This is an administrative position which involves directing, organizing, planning, and supervising the operation of the Board office in executing the policies of the Board and the statutes of Mississippi. The Executive Director is responsible for recommending and implementing policies and administrative procedures for the proper conduct of the mission and purposes of the Board. The employee must be able to provide leadership and guidance to the community college system and work with the presidents of the community colleges to assist them in carrying out mandates of their respective boards of trustees, state and federal laws, and in functioning within the state system and policies established by the Board. This leadership includes analysis of problems that affect the various campuses within the community college system and interpretation of statutes and regulations that affect community colleges. Public relations are an integral part of the Executive Director's work, and accordingly, the employee must employ diplomacy, tact, and vision in the pursuit of his/her duties.

**Examples of Work:**
Examples of work performed in this position include, but not limited to, the following:

1. Maintains an efficient, functional, and professional office for the Board, including the recruiting, hiring, termination, and leadership of Board staff.
2. Provides organizational support for all Board activities and reports to the Board on specific assignments and tasks.
3. Ensures that the comprehensive records of the Mississippi Community College Board (MCCB), including, but not limited to, the Board's Policies and Procedures, Board meeting minutes, and personnel records, are maintained in a manner that is secure and consistent with State law.
4. Interprets, implements, and administers all policies, procedures, and guidelines of the Board.
5. Serves as the Board's representative before the Legislature and with other governmental entities.
6. Provides general leadership to the community college system by identifying trends and issues that potentially impact the mission and programs of community colleges, informing the Board and the presidents, and developing related policies, where appropriate.
7. Serves as the principal liaison for the Board with the Mississippi Association of Community Colleges and the Mississippi Community College Trustee Association.
8. Maintains a strong professional relationship with other state educational entities, including the Mississippi Department of Education and the Institutions of Higher Learning.
9. Represents the Mississippi community college system on statewide boards, task forces, and committees, as necessary.
10. Maintains a working relationship with national community college organizations such as the American Association of Community Colleges, the Association of Community College Trustees, and the National Council of State Directors of Community Colleges.
11. Upholds the Mission, Vision, and Core Values of the Mississippi Community College Board.
12. Performs other duties as assigned by the Board.

**Minimum Core Requirements:**
At least a master's degree in any field, and evidence of experience in administration, leadership, and engagement of others at regional, state, or national levels.

**Special Requirements Preferred:**
Experience in applications of state laws regarding community colleges and the statutory requirements for the operation of a state agency. Knowledge of the learning environment (instruction) in the areas of academics, career and technical education, workforce training, and distance education. Understanding of community college finance. Knowledge of technology and technology access for the colleges. A proven track record of providing leadership within a coordinating environment. Demonstrated leadership in working with a broad range of individuals to set goals and accomplish state-wide initiatives. Understanding of the legislative process in the state of Mississippi. Knowledge of Adult Basic Education and High School Equivalency Program. Knowledge of the workforce training system and its economic development role in Mississippi. Ability to communicate effectively. Experience with resource development and fundraising

[REDACTED].com

**From:** Johnny McRight [REDACTED].com>
**Sent:** Wednesday, April 6, 2022 3:43 PM
**To:** John Pigott, MCCB
**Subject:** FW: MCCB Executive Director Job Description
**Attachments:** Highlighted version MCCB Exec Dir Description, 4-6-22.pdf

John,

Attached is the Exec Director Job Description including where I highlighted in green the qualities that I feel our guy definitely needs to meet and I feel certainly does. There is also one word highlighted in yellow due to some concerns we have had about being tough enough. Thinking it back through, our past leader never terminated anyone. She just transferred their responsibilities and work-load to someone else and moved them to an out of sight office location.............not much on firing, but who is, really?

Think the bigger question is whether the presidents are going to run-shod over our director.......... I just don't see that happening even if our new leader is somewhat of a passivist who does not like conflict. But with recent events that I hope he discussed with you, he certainly may want to and try but does not run from conflict when necessary.......Seeing that and how he has handled some staff issues is impressive.

Let me know your thoughts when you can. I have not sent this to Cheryl , Luke nor Mr. Bubba. Just my thinking as of today.

Hope all is well with you and family, Johnny

**From:** Johnny McRight [REDACTED].com>
**Sent:** Wednesday, April 6, 2022 3:11 PM
**To:** John Pigott, MCCB, Trustee [REDACTED].com>
**Subject:** Fwd: MCCB Executive Director Job Description

Hey John,
Who wrote this description? I wish it was color coded for "deleted" and "added" so we could clearly recognize what actual changes have been made. I just don't have the time to walk thru it word for word to recognize changes.
Any thoughts on this version? Johnny

Sent from my iPhone

Begin forwarded message:

> **From:** Cynthia Jiles [REDACTED]edu>
> **Date:** April 6, 2022 at 11:18:17 AM CDT
> **To:** Bubba Hudspeth [REDACTED]om>, Cheryl Thurmond [REDACTED]com>, Dolly Marascalco [REDACTED].com>, Donnie Caughman [REDACTED].com>, Dianne Watson [REDACTED].com>, John Pigott [REDACTED]l.com>, Johnny McRight [REDACTED].com>, Luke Montgomery [REDACTED].com>, Videt Carmichael [REDACTED].net>, Will Symmes [REDACTED].com>

**Cc:** Erin Meyer [redacted] jonathan.dennis[redacted]
**Subject: MCCB Executive Director Job Description**

Good morning!

The Executive Director's job description is attached for your review. Please forward me any *special requirements* you would like to add to this description.

Do not hesitate to contact me if you have any questions.

Thank you,
Cynthia Jiles

Cynthia D. Jiles, SHRM, HRCP
Assistant Executive Director, Office of Human Resources
Mississippi Community College Board
3825 Ridgewood Rd.
Jackson, MS 39211
PH: 601- 432-6524 Fax: 601-432-6375
[redacted]
www.mccb.edu

**Confidentiality Note:** The information contained in this e-mail and/or attached document(s) is for the exclusive use of the individual named above and may contain confidential, privileged, and non-disclosable information. If you are not the intended recipient, you are hereby notified that any disclosure, saving, copying, printing, or distribution by any means is strictly prohibited. If you have received this transmission in error, please disregard and delete.

| MISSISSIPPI COMMUNITY COLLEGE BOARD JOB DESCRIPTIONS | Position Title: Executive Director | |
|---|---|---|
| | Division: Executive | Section/Identifier: 1.1 |
| Initial Date of Adoption: June 18, 1992 | Branch: | |
| Revision Date(s): October 8, 2014; February 20, 2015; June 19, 2015; January 21, 2022 | Position Reports To: MCCB Board Members | |
| | Position Category: Executive Director | |
| | Page: 1 of 1 | |

**EXECUTIVE DIRECTOR**

**Characteristics of Work:**
This is an administrative position which involves directing, organizing, planning, and supervising the operation of the Board office in executing the policies of the Board and the statutes of Mississippi. The Executive Director is responsible for recommending and implementing policies and administrative procedures for the proper conduct of the mission and purposes of the Board. The employee must be able to provide leadership and guidance to the community college system and work with the presidents of the community colleges to assist them in carrying out mandates of their respective boards of trustees, state and federal laws, and in functioning within the state system and policies established by the Board. This leadership includes analysis of problems that affect the various campuses within the community college system and interpretation of statutes and regulations that affect community colleges. Public relations are an integral part of the Executive Director's work, and accordingly, the employee must employ diplomacy, tact, and vision in the pursuit of his/her duties.

**Examples of Work:**
Examples of work performed in this position include, but not limited to, the following:

1. Maintains an efficient, functional, and professional office for the Board, including the recruiting, hiring, termination, and leadership of Board staff.
2. Provides organizational support for all Board activities and reports to the Board on specific assignments and tasks.
3. Ensures that the comprehensive records of the Mississippi Community College Board (MCCB), including, but not limited to, the Board's Policies and Procedures, Board meeting minutes, and personnel records, are maintained in a manner that is secure and consistent with State law.
4. Interprets, implements, and administers all policies, procedures, and guidelines of the Board.
5. Serves as the Board's representative before the Legislature and with other governmental entities.
6. Provides general leadership to the community college system by identifying trends and issues that potentially impact the mission and programs of community colleges, informing the Board and the presidents, and developing related policies, where appropriate.
7. Serves as the principal liaison for the Board with the Mississippi Association of Community Colleges and the Mississippi Community College Trustee Association.
8. Maintains a strong professional relationship with other state educational entities, including the Mississippi Department of Education and the Institutions of Higher Learning.
9. Represents the Mississippi community college system on statewide boards, task forces, and committees, as necessary.
10. Maintains a working relationship with national community college organizations such as the American Association of Community Colleges, the Association of Community College Trustees, and the National Council of State Directors of Community Colleges.
11. Upholds the Mission, Vision, and Core Values of the Mississippi Community College Board.
12. Performs other duties as assigned by the Board.

**Minimum Core Requirements:**
At least a master's degree in any field; and evidence of experience in administration, leadership, and engagement of others at regional, state, or national levels.

**Special Requirements Preferred:**
Experience in applications of state laws regarding community colleges and the statutory requirements for the operation of a state agency. Knowledge of the learning environment (instruction) in the areas of academics, career and technical education, workforce training, and distance education. Understanding of community college finance. Knowledge of technology and technology access for the colleges. A proven track record of providing leadership within a coordinating environment. Demonstrated leadership in working with a broad range of individuals to set goals and accomplish state-wide initiatives. Understanding of the legislative process in the state of Mississippi. Knowledge of Adult Basic Education and High School Equivalency Program. Knowledge of the workforce training system and its economic development role in Mississippi. Ability to communicate effectively. Experience with resource development and fundraising.

**[redacted].com**

**From:** Johnny McRight [redacted].com>
**Sent:** Tuesday, April 12, 2022 11:08 AM
**To:** Cheryl Thrumond, MCCB; Luke Montgomery MCCB; 'Bubba Hudspeth'
**Cc:** John Pigott, MCCB
**Subject:** FW: MCCB Executive Director Job Description
**Attachments:** Highlighted version MCCB Exec Dir Description, 4-6-22.pdf

Hello Cheryl, Luke and Mr. Bubba. cc John Pigott

Please see the attached Version of the Executive Director Job Description that Cynthia emailed to all of us several days ago.
I made comments below and highlighted portions of it only to try and consider which qualifications are more or less important from my personal perspectives and frankly, which ones are a concern.
Please look this attached over and let me know if or when there is a good time for the four of us to have a zoom or a conference call today, tonight tomorrow or Thursday morning. Frankly, I would prefer to discuss this and have Cynthis make any changes before we meet Friday but also before we see other Board members pre-meeting. I am not trying to leaver anyone out, but thinking too many minds and ideas creates little progress, plus, I completely trust the judgment of this group as I know John does. At any rate, please let me know any and all thoughts you may have about this description and thoughts on when you might be available to visit by phone. I will then set up a conference call or zoom, which ever works for all four of us and also John if he wants to join the call.

Thanks, Johnny

**From:** Johnny McRight [redacted].com>
**Sent:** Wednesday, April 6, 2022 3:11 PM
**To:** John Pigott, MCCB, Trustee [redacted].com>
**Subject:** Fwd: MCCB Executive Director Job Description

Hey John,
Who wrote this description? I wish it was color coded for "deleted" and "added" so we could clearly recognize what actual changes have been made. I just don't have the time to walk thru it word for word to recognize changes.
Any thoughts on this version? Johnny

Sent from my iPhone

Begin forwarded message:

> **From:** Cynthia Jiles [redacted].edu>
> **Date:** April 6, 2022 at 11:18:17 AM CDT
> **To:** Bubba Hudspeth [redacted].com>, Cheryl Thurmond [redacted].com>, Dolly Marascalco [redacted].com>, Donnie Caughman [redacted].com>, Dianne Watson [redacted].com>, John Pigott [redacted].com>, Johnny McRight [redacted].com>, Luke Montgomery [redacted].com>, Videt Carmichael [redacted].net>, Will Symmes [redacted].com>
> **Cc:** Erin Meyer [redacted]>, jonathan.den[redacted]
> **Subject: MCCB Executive Director Job Description**

Good morning!

The Executive Director's job description is attached for your review. Please forward me any *special requirements* you would like to add to this description.

Do not hesitate to contact me if you have any questions.

Thank you,
Cynthia Jiles

Cynthia D. Jiles, SHRM, HRCP
Assistant Executive Director, Office of Human Resources
Mississippi Community College Board
3825 Ridgewood Rd.
Jackson, MS 39211
PH: 601- 432-6524 Fax: 601-432-6375
[redacted]
www.mccb.edu

**Confidentiality Note:** The information contained in this e-mail and/or attached document(s) is for the exclusive use of the individual named above and may contain confidential, privileged, and non-disclosable information. If you are not the intended recipient, you are hereby notified that any disclosure, saving, copying, printing, or distribution by any means is strictly prohibited. If you have received this transmission in error, please disregard and delete.

| MISSISSIPPI COMMUNITY COLLEGE BOARD JOB DESCRIPTIONS | Position Title: Executive Director | |
|---|---|---|
| | Division: Executive | Section/Identifier: 1.1 |
| Initial Date of Adoption: June 18. 1992 | Branch: | |
| Revision Date(s): October 8, 2014; February 20, 2015; June 19, 2015; January 21, 2022 | Position Reports To: MCCB Board Members | |
| | Position Category: Executive Director | |
| | Page: 1 of 1 | |

**EXECUTIVE DIRECTOR**

**Characteristics of Work:**
This is an administrative position which involves directing, organizing, planning, and supervising the operation of the Board office in executing the policies of the Board and the statutes of Mississippi. The Executive Director is responsible for recommending and implementing policies and administrative procedures for the proper conduct of the mission and purposes of the Board. The employee must be able to provide leadership and guidance to the community college system and work with the presidents of the community colleges to assist them in carrying out mandates of their respective boards of trustees, state and federal laws, and in functioning within the state system and policies established by the Board. This leadership includes analysis of problems that affect the various campuses within the community college system and interpretation of statutes and regulations that affect community colleges. Public relations are an integral part of the Executive Director's work, and accordingly, the employee must employ diplomacy, tact, and vision in the pursuit of his/her duties.

**Examples of Work:**
Examples of work performed in this position include, but not limited to, the following:

1. Maintains an efficient, functional, and professional office for the Board, including the recruiting, hiring, termination, and leadership of Board staff.
2. Provides organizational support for all Board activities and reports to the Board on specific assignments and tasks.
3. Ensures that the comprehensive records of the Mississippi Community College Board (MCCB), including, but not limited to, the Board's Policies and Procedures, Board meeting minutes, and personnel records, are maintained in a manner that is secure and consistent with State law.
4. Interprets, implements, and administers all policies, procedures, and guidelines of the Board.
5. Serves as the Board's representative before the Legislature and with other governmental entities.
6. Provides general leadership to the community college system by identifying trends and issues that potentially impact the mission and programs of community colleges, informing the Board and the presidents, and developing related policies, where appropriate.
7. Serves as the principal liaison for the Board with the Mississippi Association of Community Colleges and the Mississippi Community College Trustee Association.
8. Maintains a strong professional relationship with other state educational entities, including the Mississippi Department of Education and the Institutions of Higher Learning.
9. Represents the Mississippi community college system on statewide boards, task forces, and committees, as necessary.
10. Maintains a working relationship with national community college organizations such as the American Association of Community Colleges, the Association of Community College Trustees, and the National Council of State Directors of Community Colleges.
11. Upholds the Mission, Vision, and Core Values of the Mississippi Community College Board.
12. Performs other duties as assigned by the Board.

**Minimum Core Requirements:**
At least a master's degree in any field; and evidence of experience in administration, leadership and engagement of others at regional, state, or national levels.

**Special Requirements Preferred:**
Experience in applications of state laws regarding community colleges and the statutory requirements for the operation of a state agency. Knowledge of the learning environment (instruction) in the areas of academics, career and technical education, workforce training, and distance education. Understanding of community college finance. Knowledge of technology and technology access for the colleges. A proven track record of providing leadership within a coordinating environment. Demonstrated leadership in working with a broad range of individuals to set goals and accomplish state-wide initiatives. Understanding of the legislative process in the state of Mississippi. Knowledge of Adult Basic Education and High School Equivalency Program. Knowledge of the workforce training system and its economic development role in Mississippi. Ability to communicate effectively. Experience with resource development and fundraising