1

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                        NORTHERN DIVISION

 3

 4

 5   SHAWN MACKEY                                       PLAINTIFF

 6   V.                     CIVIL ACTION NO. 3:23-CV-233-DPJ-ASH

 7
     JOHN PIGOTT, ET AL.                               DEFENDANTS
 8

 9

10
             ORAL DEPOSITION OF PEGGY DIANNE SMITH WATSON
11

12

13       Taken at the instance of the Plaintiff on Friday,
        September 20, 2024, in the Office of the Mississippi
14            Attorney General, 550 High Street,
                11th Floor, Jackson, Mississippi,
15                   beginning at 1:16 p.m.

16

17

18                   (Appearances noted herein)

19

20

21
     REPORTED BY:     Kelly D. Brentz, CSR-MS, CSR-TX, RPR
22                    AW Reporting, LLC
                      338 Indian Gate Circle
23                    Ridgeland, Mississippi 39157
                      kelly@awreporting.com
24                    601-573-0961

25
```

**EXHIBIT 18**

```
 1        A.    I think I was there, but I don't -- I don't
 2   remember discussion about Kell.  I honestly don't.
 3        Q.    (By Ms. Ross)  Did y'all vote that day?
 4        A.    I don't remember.
 5        Q.    If the minutes reflect that there was a
 6   unanimous vote that day, the day that Andrea Mayfield
 7   resigned, would you dispute the minutes?
 8        A.    No, I wouldn't dispute minutes.  Missy is good
 9   at those.
10        Q.    And what was the basis for your vote for Kell to
11   be the interim director on that day?
12        A.    Peacemaker.
13        Q.    Anything else?
14        A.    Gentle spirit, peacemaker, staff liked him,
15   presidents liked him.  We needed healing from Andrea's
16   mess.
17        Q.    You mentioned that one of the cons -- you
18   mentioned that one of the cons with Mackey was his
19   relationship with certain staff members.  Do you recall
20   that?
21        A.    Yes, ma'am.
22        Q.    And what staff members?
23        A.    Not calling names.
24        Q.    Huh?
25        A.    I'm not calling names.
```

1  members who agreed with you that Jana -- they liked Jana
2  better than Steve or were you the only one?
3       A.   I don't think so.  I think they -- when I
4  gave -- you know, when I ticked off why I liked her, they
5  were like, yeah, those are all good, but -- and then
6  they -- they really liked him.  Maybe the businessman
7  part -- and she did have less -- she was just a nurse.  I
8  don't know, I just liked her personality.  She had a
9  really, really, really, really good personality so --
10  okay, so back up.  What was your question?
11      Q.   I was asking for the pros on Kell and the cons.
12      A.   Again, for the -- for the issues we were having
13  because of Dr. Mayfield and her problems -- I wasn't there
14  when she started.  They acted like she did really, really
15  good when she first got there.  But it kind of went
16  downhill, but I know she was dealing with a lot with her
17  husband.
18           But, anyway, things got fractured, like I had in
19  my notes.  I just think Kell was the man to fix the
20  problems that she'd created.  He had a really good
21  relationship with the presidents.  He had a really good
22  relationship with the legislature.  He had a really good
23  relationship with the staff.
24      Q.   And how do you know about Kell's relationship
25  with the staff?