MCCB Board Meeting Minutes
Friday, January 21, 2022

## MINUTES from the January 21, 2022
## MISSISSIPPI COMMUNITY COLLEGE BOARD MEETING

The regular meeting of the January 21, 2022 in Room 507 of the Paul B. Johnson, Jr., Building, located in the Education and Research Complex, 3825 Ridgewood Road, Jackson, MS, 39211. The meeting was held via Zoom and by teleconference.

**Members present:** Mr. John Pigott, Chairman; Mrs. Cheryl Thurmond, Vice-Chairman; Mr. Videt Carmichael; Mr. Donnie Caughman (Phone); Mr. Bubba Hudspeth; Mrs. Dolly Marascalco; Mr. Johnny McRight; Mr. Luke Montgomery; Mr. Will Symmes (Phone); Dr. Dianne Watson (Phone). There was a quorum of ten.

**MCCB Staff in attendance:** Mr. Kell Smith, Mr. Jason Carter, Dr. Shawn Mackey (Phone), Missy Saxton (Phone), Sandy Crist (Phone), Dr. Rachel De Vaughan (Phone), Mr. Ray Smith (Phone), Mr. Dexter Holloway, Cynthia Jiles, Mr. Steve Martin (phone), Dr. Erin Eaton, Dr. Krystal Thurman, Mr. Jim Miller, Mr. Mark Jenkins, and Dr. Sheriece Robinson.

**Guests in attendance:** Dr. Steve Bishop, Chair of MACC and President of Southwest MS Community College (Phone); Mrs. Marilyn Gardner of IHL (phone); and Ms. Erin Meyer of Office of the Attorney General;

### CALL TO ORDER

Chairman Pigott called the meeting to order at 9:00 a.m. and read the meeting notice for the February meeting.

### MEETING NOTICE

The Mississippi Community College Board will hold its monthly scheduled meeting at 9:00 am on Friday, February 18, 2022 in Room 507 of the Paul B. Johnson, Jr. Building, located in the Education and Research Complex at 3825 Ridgewood Road, Jackson, MS, 39211. This meeting may be conducted as a teleconference meeting.

### PRELIMINARIES

Chairman Pigott welcomed all to the meeting. Mr. Hudspeth provided the invocation. Roll call was taken by Missy Saxton.

### Approval of December 10, 2021 Meeting Minutes

In a motion made by Mr. McRight and seconded by Mr. Montgomery, the MCCB **voted unanimously** to approve the minutes of the December 10, 2021 Board Meeting minutes.

MCCB 002261

EXHIBIT 20

MCCB Board Meeting Minutes
Friday, January 21, 2022

### Approval of the January 21, 2022 Agenda

In a motion made by Mr. Hudspeth and seconded by Vice-Chair Thurmond, the MCCB **voted unanimously** to approve the January 21, 2022 agenda.

### REPORTS/ACTIONS

### Chairman's Report

Chairman Pigott reported he was happy to attend the meeting in person and see everyone and hopes to continue meeting in person. He yielded to Mr. Kell Smith for his report.

### Executive Director's Report

Mr. Smith reported there are new elevators in the building and staff continues to follow Covid prevention precautions for the building. Mrs. Cynthia Jiles introduced Mr. Jim Miller and Dr. Sheriece Robinson, the first graduates of the ExCEL Leadership Academy. Photos were taken with board members and staff. Mr. Smith introduced Mrs. Erin Meyer, the representative for MCCB from the Office of the Attorney General. Ms. Meyer is replacing Ms. Hawley Robertson. Ms. Davita Weary resigned from MCCB as Director of Monitoring and Mrs. Beverlin Givens has been promoted from within the agency to position of Director of Monitoring. Mrs. Givens has worked in the Monitoring Division for many years. The American Technical Education Association has developed a diversity equity and inclusion task force. Dr. Shawn Mackey has been selected as one of five members to serve on this national task force. Mrs. Shana Hansen, Mrs. Cynthia Jiles and Dr. Krystal Thurman were recognized by the state health insurance plan as platinum wellness champions.

The Legislative session began on Tuesday, January 4, 2022. Scheduled to end Sunday, April 3rd. General Bills and Revenue Bills are being introduced at this time. The agency is asking for level funding this year and the colleges are asking for funds for salary increases, funding formula increases, career and technical education funding and education technology funding. The agency and the community colleges are not introducing any General Bills this session. Mr. Smith provided his bill tracking document and discussed a few specific bills. SB 2723 is a workforce WET Fund bill. This bill proposes to consolidate the three WF training funds into one fund overseen by Accelerate MS. The bill also proposes to give the Lieutenant Governor four appointments to SWIB. There would still be collaboration between Accelerate, MCCB and the community colleges. SB 2425 proposes to cap the salaries for the State Superintendent of Education, the IHL Commission and the Executive Director of MCCB at $250,000. Mr. Smith has been asked about the allied health programs and how many additional nurses could be provided to the workforce using ARPPA funds for nursing expansion. There have been a couple of dual credit bills introduced. There was discussion about workforce training and funding and the role that MCCB will play in the future with collaboration from the community colleges. Mr. Smith concluded his report.

## MACC Report

Dr. Steve Bishop reported that all schools are back in session with the exception of Jones College. There has been discussion about the legislative process and agenda for the colleges for this legislative session. He announced the next MACC meeting will be held on January 25, 2022 at the Muse Center in Pearl. The February 22, 2022 MACC meeting will be held and then MACC will host the Republican caucus luncheon. He concluded his report.

*Mr. Will Symmes left the call at 9:35 am.*

## Finance and Administration Report

Mr. Jason Carter presented the Finance agenda.

It was suggested by Chairman Pigott to present and approve **Attachments 1, 2, 3, and 4** together.

**Attachment 1** is a request for approval for General Fund 2298 Disbursements for February 2022 in the amount of $12,215,117.00.

**Attachment 2** is a request for approval of the Education Enhancement Fund Disbursements for January 2022 for Fund 44080 in the amount of $3,658,301.00 and Fund 44110 in the amount of $82,113.00 for a total disbursement of $3,740,414.00.

**Attachment 3** is a request for approval of the CTE Advantage Program Scholars Disbursements for January 2022 in the amount of $416,667.00.

In a motion made by Mr. Carmichael and seconded by Mrs. Marascalco, the **MCCB voted unanimously** to approve:

**Attachment 1**, the General Fund 2298 Disbursements for February 2022 in the amount of $12,215,117.00;

**Attachment 2**, the General Fund 2298 Disbursements for January 2022 in the total amount of $3,740,414.00; and

**Attachment 3**, the CTE Advantage Program Scholars Disbursements for January 2022 in the amount of $416,667.00.

Mr. Carter presented **Attachments 4a-4c**. These are the Financial Statement for Funds 2291, 4111, and Special Funds as of December 31, 2021 (FY 2022.) These do not require approval.

MCCB Board Meeting Minutes
Friday, January 21, 2022

### Purchases over $50,000

**Attachment 5A** is a request for approval to purchase the National Council for State Authorization Reciprocity Agreement (NC-SARA) Membership for all 15 community colleges. NC-SARA is designed to facilitate and support students enrolled in post-secondary institutions that participate in online courses serving in-state and out-of-state enrollments. SARA addresses the collection and use of enrollment data that is to be annually submitted to the NC-SARA by each participating SARA institution. All-post-secondary educational institutions, domiciles, incorporated or otherwise located within the State of Mississippi must have MCCB authorization prior to offering post-secondary instruction. Funding for this purchase will come from MSVCC Assessments.

In a motion made by Mrs. Marascalco and seconded by Mr. Carmichael, the **MCCB voted unanimously** to approve the NC-SARA Membership for the amount of $60,000.00.

**Attachment 5B** is a request to extend the contract between the MCCB and A. L. Jones and Associates, Inc. for external evaluation services for the National Credentialing grant. This was a requirement of Kellogg upon awarding this grant. The extension shall not exceed $68,000.00 and is effective January 1, 2022, until November 30, 2022. The funding is provided by the Kellogg Foundation.

In a motion made by Mr. Montgomery and seconded by Vice-Chair Thurmond, the **MCCB voted unanimously** to approve the extension with A. L. Jones and Associates not to exceed $68,000.00. Mr. Carter concluded his report.

### Accountability Report

Dr. Shawn Mackey presented **Exhibit A**, the CPSCR report. This is for information only and does not require approval. Dr. Mackey yielded to Mr. Martin for the Athletics report. Mr. Martin reported that baseball and softball assignors have been selected. Several basketball games have had to be rescheduled due to Covid outbreaks. He concluded his report as did Dr. Mackey.

### Workforce, Career & Technical Education, and Office of Curriculum & Instruction Report

Dr. Rachel De Vaughan presented **Exhibits B & C,** the Workforce and WET Funds Report, respectfully. These two reports are for informational purposes only and do not require approval.

Dr. De Vaughan presented **Exhibit D,** a request for initial approval of curricula revisions to be submitted to the MS Secretary of State's Office for APA review and approval for the Horticulture Cluster, Public Health Technology/Patient Navigator, Real-time Reporting Technology, Well Construction Technology as well as New Pathway options for Information Systems Technology and Computer Networking Technology curricula. She concluded her report.

In a motion made by Mr. Hudspeth and seconded by Mr. McRight, the **MCCB voted unanimously** to approve the initial approval request for the APA review and approval process for the above listed curricula.

### TRAVEL AUTHORIZATIONS

Chairman Pigott asked if there were any travel authorizations. There were none.

### OTHER BUSINESS

Mr. Johnny McRight made a motion that the Board consider making a closed determination of the need to go into executive session. The motion was seconded by Mr. Montgomery. The **MCCB voted unanimously** to approve the need to go into executive session.

The board room was cleared of all staff with the exception of Mr. Kell Smith and Ms. Erin Meyer of the Attorney General's office. The Board recessed at 10:02 a.m. for a break while the room was being cleared.

The meeting reconvened at 10:10 a.m. Chairman Pigott announced the meeting was now in closed session.

Mr. McRight made a motion in accordance with Mississippi Code Annotated Section 25-41-7(4)(a) and (k) to discuss discrete personnel matter related to the approval of appointment to certain positions within the MCCB. The motion was seconded by Mrs. Marascalco. The **MCCB voted unanimously** to enter into Executive Session. The meeting went into Executive Session at 10:10 a.m.

The meeting recessed Executive Session at 11:10 a.m. with a motion by Mr. McRight and seconded by Mrs. Marascalco. It was announced by Chairman Pigott that the action taken was the **MCCB voted unanimously** to change the minimum core requirements for the position of Executive Director to "at least a master's degree in any field, and evidence of experience in administration, leadership, and engagement of others at regional, state, or national levels."

Having no other business to discuss, a motion made by Mr. Caughman and seconded by Mr. Montgomery, the MCCB **voted unanimously** to adjourn. The meeting was adjourned at 11:11 a.m.

Recorded by:

*[signature]*

Mrs. Missy Saxton

MCCB 002265

MCCB Board Meeting Minutes
Friday, January 21, 2022

Approved by:

_____
Mr. John Pigott, MCCB Chairman

Approved by:

_____
Mr. Kell Smith, MCCB Interim Executive Director

January 21, 2022 Exhibits

| | |
|---|---|
| Finance Agenda | Separate Agenda |
| CPSCR Report | Exhibit A |
| Workforce Report | Exhibit B |
| WET Funds Report | Exhibit C |
| Curricula Revision Request | Exhibit D |

MCCB 002266