▮▮▮▮▮▮▮▮▮.com

**From:** Johnny McRight <▮▮▮▮▮▮.com>
**Sent:** Wednesday, February 2, 2022 6:22 PM
**To:** John Pigott, MCCB
**Subject:** CONFIDENTIAL   MCCB Search Committee Letter
**Attachments:** Qualifications for MCCB Executive Director Altered, Feb 2, 2022.docx

FYI  See attached.  Please let me know your thoughts and any changes, additions deletions etc. It is my intention to present this information to Tate, Delbert, Phillip and anyone else you think we need to inform.  Please know that this is what I feel we should do but certainly not my decision but yours.  We can finalize and then let the search committee see it and give their thoughts. I was advised to put this in writing.  Please note that this in no way mentions or suggests that this change was made in order to favor anyone in particular and it should not.

Thanks, I await your response............ Johnny

MCCB 001562
EXHIBIT 21

Qualifications for MCCB Executive Director Have Been Altered                     Feb 2, 2022

With the creation of Accelerate Mississippi and responsibility for Workforce Funding, particularly WET Funds, being transferred to Accelerate, it has become obvious to the Trustees of the Mississippi Community College Board that our role as an entity is slowly being altered. Obviously, there will be less responsibility for MCCB relative to Workforce as it pertains to the Community Colleges of Mississippi.

It is also obvious that Accelerate Mississippi has intentions and apparently instructions to develop a fully staffed and operational Workforce Arm for Mississippi, including approving and monitoring the workforce activities of the Community Colleges. Therefore, the Trustees at MCCB feel that the responsibilities that have been managed by MCCB are going to be reduced along with eventual or sooner staff reductions to a point where there will be very little involvement with workforce.

Please know that it is very difficult to adjust the organization of an existing agency when there is a newer agency that has been created that is steady adding staff and no one, including that agency director really knows what their ultimate responsibilities are going to be, how many staff members they will have or anything else. If they do not know what they are going to be doing, how do we adjust at MCCB to their new-found existence. If we did not have an opening at Executive Director, this would not be such a difficult situation, but we do and it is.

For these reasons it is obvious that we need to focus on what MCCB is going to look like in the immediate future as well as into the future. Frankly, while we know that MCCB will no longer maintain its current responsibilities for Workforce, we now question our role in Career & Technical as well.

At our January Board Meeting, with these developments and the obvious efforts of the Legislature to reduce the Base Salary of the Executive Director, we voted unanimously to reduce the educational qualifications of our Executive Director from that of a Doctorate without specifics, to that of a master's degree with administrative experience.

We feel strongly that our first requirement is someone that is a good "people" person that knows how to get along and at the same time motivate a great and experienced staff, but who also has hands-on experience with everyday activities within MCCB.

It is the unanimous feeling of the Trustees that we want the correct person that can handle relationships and that understands the need to allow qualified staff to do their jobs and work with the staffs of all the community colleges. It is not necessarily the most highly educated person that is the best person for a job, especially a job as an administrator and leader of other people. We feel strongly that we must get the right person to lead MCCB into the future, regardless of that person's level of secondary education and we stand by that decision.

Respectfully submitted,


John Pigott, MCCB Chair

Johnny McRight, Executive Director Search Committee

MCCB 001563

████████.com

**From:** John Pigott <████████.com>
**Sent:** Thursday, February 3, 2022 12:55 PM
**To:** Johnny McRight; Cheryl Thurmond
**Subject:** Re: CONFIDENTIAL MCCB Search Committee Letter
**Attachments:** Qualifications for MCCB Executive Director Altered, Feb 2, 2022.docx

Johnny:

The letter looks good. I added a small punctuation and phrase to it.

I talked with Kell a few minutes ago regarding a meeting that he attended with some of the Presidents and Accelerate MS this week. Accelerate MS assured the presidents that the CC's would still do workforce training and Career Tech. I personally would like to see that in writing. He was leaving the Capitol and headed back to the office. **Call him for updates. Accelerate will be more than happy to attend our next meeting.**

I asked him to have someone review the old minutes and verify that we as a board approved Mayfield's beginning salary.....just for peace of mind. I really think that Portera was told to hire her and he did, with an open ended salary.
I could be wrong.....with my memory. Also, I asked them to get their hands on the advertising we did on the first run in the search before Mayfield was hired. I would like to run a 30 day campaign starting no later than March 15., assuming we can get a better picture as to what our role will be.



Next meeting...I would like to move the meeting date to February 25. **I want to make sure you can make that date.** Reason: I have the opportunity to attend the Daytona 500 from 2/17-2/21, Infield tickets and stay in a motorhome with some friends that go every year. It's been on my bucket list. Cherly will be out of state. Dolly has already told us she will be out that day for a medical procedure. Kell said that February 25 was better than February 11. I would also like to have a mini-meeting the night before to cover any issues that will be coming up the next day. Cheryl said she would co--ordinate the meal the night before.

Let me know if you can handle the change. Also, I plan to visit MCCB one day next week to review the advertising and cover some other issues with Kell. Your input there is more than welcomed.

When do you want to submit the letter? I'm good with sending it to all the parties mentioned. Do put your name and signature space level with mine.

Thanks,

John

1

MCCB 001564