1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHAWN MACKEY                                              PLAINTIFF

V.                          CIVIL ACTION NO. 3:23-CV-233-DPJ-ASH

JOHN PIGOTT, ET AL.                                      DEFENDANTS

ORAL DEPOSITION OF FREDIE VIDET CARMICHAEL

Taken at the instance of the Plaintiff on Thursday,
October 24, 2024, in the Office of the Mississippi
Attorney General, 550 High Street,
11th Floor, Jackson, Mississippi,
beginning at 9:57 a.m.

(Appearances noted herein)

REPORTED BY:   Kelly D. Brentz, CSR-MS, CSR-TX, RPR
               AW Reporting, LLC
               338 Indian Gate Circle
               Ridgeland, Mississippi 39157
               kelly@awreporting.com
               601-573-0961

EXHIBIT 23

```
 1    things but I don't know exactly when or what they were.
 2         Q.   Did you ever share with any of the board members
 3    who your choice was?
 4         A.   No.
 5         Q.   Okay.  And did any other board member ever share
 6    with you --
 7         A.   No.
 8         Q.   -- who their choice was?
 9         A.   No.
10         Q.   Now, you would have been at the board meeting
11    after January 20th of 2023; you would have been there in
12    February when the board met?
13         A.   Probably.  I don't -- I don't know.  The minutes
14    would tell you if I was there or not.
15         Q.   And the minutes were approved?
16         A.   Yeah.
17         Q.   Okay.  And if you voted to approve the minutes,
18    then that meant that you were voting to ratify what the
19    board had done in your absence?
20         A.   If that's what it means, yes.
21         Q.   So did you vote for Kell Smith when you voted to
22    ratify?
23         A.   I just voted the minutes.
24         Q.   Okay.  And you didn't say, "I'm voting to
25    approve the minutes but don't include me in on the" --
```

```
 1    of 2023, that Kell Smith was more qualified than Mackey to
 2    serve as the executive director of MCCB?
 3              MR. DANIELS:  Object to the form.
 4         A.   No.
 5         Q.   (By Ms. Ross)  And do you know of any reason
 6    other than race that Kell Smith was selected as the
 7    interim executive director and the executive director and
 8    Mackey was not?
 9              MR. DANIELS:  Object to the form.
10         A.   There's -- race doesn't enter into the picture
11    at all with me, no.
12         Q.   (By Ms. Ross)  Okay.  So can you tell me,
13    though, any reason other than race --
14              MR. DANIELS:  Object to the form.
15         Q.   (By Ms. Ross) -- that Kell was selected for the
16    position of interim executive director and executive
17    director and Mackey was not?
18              MR. DANIELS:  Object to the form.
19         A.   Again, race had no point at all.
20         Q.   (By Ms. Ross)  I understand that.  But tell me
21    what did, any reason other than race.
22         A.   I can't answer anything that I don't know, but I
23    know race had nothing to do with -- when you say other
24    than that, that was the recommendation from the committee.
25         Q.   What was the recommendation from the committee?
```